1   Theodore S. Maceiko (SBN 150,211)
    ted@maceikoip.com
2   MACEIKO IP
    3770 Highland Avenue, Suite 207
3   Manhattan Beach, California 90266
    Telephone:  (310) 545-3311
4   Facsimile:  (310) 545-3344

5   Attorneys for Plaintiff
    Mad Dogg Athletics, Inc.

FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10   CV13- 02904MWF(MANx)

11   MAD DOGG ATHLETICS, INC.,              Case No.
     a California corporation,
12                                          Assigned for all purposes to
            Plaintiff,
13                                          **COMPLAINT FOR PATENT
        v.                                  INFRINGEMENT**
14
     BH NORTH AMERICA CORPORATION,          **DEMAND FOR JURY TRIAL**
15   a Delaware corporation,

16
            Defendant.
17

18

19        Plaintiff, Mad Dogg Athletics, Inc. ("Mad Dogg"), files this Complaint

20   against defendant, BH North America Corporation ("BH"), and demanding a trial

21   by jury, alleges as follows:

22                    **JURISDICTION AND VENUE**

23        1.    This is an action for patent infringement, which arises under the patent

24   laws of the United States, Title 35, United States Code.  This Court has original

25   jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1331 and

26   1338(a).

27        2.    Upon information and belief, venue is proper under 28 U.S.C.

28   §§ 1391(b) and 1391(c), as well as 28 U.S.C. § 1400(b).

## THE PARTIES

3.     Mad Dogg is a corporation incorporated under the laws of the State of California and is located and doing business at 2111 Narcissus Court, Venice, California 90291.

4.     Upon information and belief, BH North America Corporation is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at 20155 Ellipse, Foothill Ranch, California 92610.

5.     Upon information and belief, BH resides in this district under 28 U.S.C. § 1391.  In particular, BH does business in this district and a substantial part of the events giving rise to the claims in this case occurred in this district.

## BACKGROUND FACTS

6.     Mad Dogg is the creator of the world famous and revolutionary line of SPINNER® stationary exercise bikes and the SPINNING® exercise program. Throughout this judicial district, throughout the United States and in over 80 countries throughout the world, the patented SPINNER® bikes are ridden by participants in SPINNING® exercise classes, where an authorized instructor leads the participants through a group ride in which different riding positions, hand positions, cadences and/or resistances are used to simulate different bicycle riding conditions.  SPINNING® bikes are also used by individuals riding by themselves, for example, in their home.

7.     Mad Dogg owns a number of patents covering its SPINNER® bikes and use thereof.  Since the 1990s, Mad Dogg and its licensees have distributed hundreds of thousands of authentic SPINNER® bikes to the commercial market including institutional users such as health clubs, gyms and other commercial fitness centers, as well as to the retail or consumer market, including the home user market.

///

8.     By virtue of its patented SPINNER® bikes as used in the SPINNING® exercise program, Mad Dogg created an entirely new and revolutionary form of exercise that came to be known as indoor cycling and that has achieved incredible commercial success.  Around the world, there are over 150,000 authorized SPINNING® instructors and over 35,000 authorized facilities which offer the SPINNING® program.  Millions of people worldwide ride the patented SPINNER® bikes and participate in the SPINNING® program.

9.     Given the commercial success of Mad Dogg's patented SPINNER® bikes, many competitors have since entered the indoor cycling market in attempts to capitalize on this success.  In doing so, these competitors have sold or otherwise distributed various knockoff bikes that infringe Mad Dogg's patents.  Various competitors have blatantly copied Mad Dogg's patented SPINNER® bikes.  BH is one of these competitors.  BH has sold or otherwise distributed a number of models of indoor cycles which infringe Mad Dogg's patents.

10.    Mad Dogg previously attempted to resolve BH's infringement without protracted patent litigation.  To this end, Mad Dogg provided various licensing options to BH.  While purportedly engaging in discussions to resolve this matter, however, BH was preparing to challenge the validity of Mad Dogg's patents in the Patent Office.  So instead of responding to Mad Dogg's licensing options, on March 14, 2012, BH requested *ex parte* reexamination of six of Mad Dogg's patents.

11.    While the reexaminations were pending in the Patent Office, BH expanded its product line of infringing bikes.

12.    The Patent Office has now concluded all six reexaminations in Mad Dogg's favor.  To this end, the Patent Office confirmed the validity of all claims in three of the patents being reexamined.  The Patent Office also confirmed the validity of the vast majority of the claims in the other three patents.  Accordingly, all the utility patents now asserted by Mad Dogg against BH in this action have

1   already been reexamined by the Patent Office.

2

3                    **FIRST CAUSE OF ACTION**

4            **(Patent Infringement -- 35 U.S.C. § 271, et seq.)**

5               **(United States Patent No. 5,423,728)**

6        13.    On June 13, 1995, United States Patent No. 5,423,728 ("the '728

7   patent"), for an invention entitled "Stationary Exercise Bicycle," was duly and

8   legally issued in the name of Johnny Goldberg. By virtue of proper assignment,

9   Mad Dogg has acquired and duly owns all right, title, and interest in this patent,

10  including the right to sue and recover for infringement thereof.

11       14.    BH has notice of Mad Dogg's rights in the '728 patent.

12       15.    On March 14, 2012, BH requested reexamination of the '728 patent by

13  the Patent Office. The '728 patent was subsequently reexamined and the Patent

14  Office confirmed the patentability of all claims of the '728 patent. On February 8,

15  2013, the Patent Office issued a Notice of Intent to Issue *Ex Parte* Reexamination

16  Certificate.

17       16.    Copies of the '728 patent and the Notice of Intent to Issue *Ex Parte*

18  Reexamination Certificate are attached hereto as **Exhibit 1**.

19       17.    BH has infringed the '728 patent by manufacturing, using, offering to

20  sell, selling, and/or importing infringing bikes, embodying one or more of the

21  inventions claimed therein within the United States. Upon information and belief,

22  these infringing bikes include BH's Fusion, Countdown, Sprintwinner, Spinpower,

23  VeloPro-US, VeloPro-CAN, Ascent, KZ1 and SB0 bikes. Upon information and

24  belief, this infringement has included BH's use of the foregoing bikes at trade

25  shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs,

26  consumers and/or end users.

27       18.    BH has also infringed the '728 patent by supplying infringing bikes to

28  others to use, thereby inducing and/or contributing to the infringement of the '728

- 4 -

patent. Upon information and belief, this infringement has included BH's distribution of Fusion, Countdown, Sprintwinner, Spinpower, VeloPro-US, VeloPro-CAN, Ascent, KZ1 and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the '728 patent. Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing Fusion, Countdown, Sprintwinner, Spinpower, VeloPro-US, VeloPro-CAN, Ascent, KZ1 and SB0 bikes and that are not staple articles or commodities of commerce suitable for substantial noninfringing use.

19.    By reason of BH's acts of infringement, Mad Dogg has suffered damages, including impairment of the value of the '728 patent, in an amount yet to be determined.

20.    BH's acts of infringement have caused irreparable harm to Mad Dogg.

21.    BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights, and the resulting damage to Mad Dogg warrants the trebling of damages.

## SECOND CAUSE OF ACTION

### (Patent Infringement -- 35 U.S.C. § 271, et seq.)

### (United States Patent No. 6,155,958)

22.    On December 5, 2000, United States Patent No. 6,155,958 ("the '958 patent"), for an invention entitled "Stationary Exercise Bicycle Having A Rigid Frame," was duly and legally issued in the name of Johnny Goldberg. By virtue of proper assignment, Mad Dogg has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover for infringement thereof.

///

23.     BH has notice of Mad Dogg's rights in the '958 patent.

24.     On March 14, 2012, BH requested reexamination of claims 1-4 and 9 of the '958 patent by the Patent Office.  These claims of the '958 patent were subsequently reexamined and the Patent Office confirmed the patentability of claims 1-4 of the '958 patent on February 19, 2013.  On April 9, 2013, the Patent Office issued an *Ex Parte* Reexamination Certificate.

25.     Copies of the '958 patent and the *Ex Parte* Reexamination Certificate are attached hereto as **Exhibit 2**.

26.     BH has infringed the '958 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying one or more of the inventions claimed therein within the United States.  Upon information and belief, these infringing bikes include BH's SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, SB2.0 (H9160) and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

27.     BH has also infringed the '958 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the '958 patent.  Upon information and belief, this infringement has included BH's distribution of SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, SB2.0 (H9160) and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the '958 patent.  Upon information

1   and belief, this infringement has also occurred by BH's sale of components, such as

2   spare or replacement parts, that BH knows are especially made for use with BH's

3   infringing SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower,

4   VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS,

5   Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3

6   Magnetic, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, SB2.0 (H9160) and SB0

7   bikes and that are not staple articles or commodities of commerce suitable for

8   substantial noninfringing use.

9       28.    By reason of BH's acts of infringement, Mad Dogg has suffered

10   damages, including impairment of the value of the '958 patent, in an amount yet to

11   be determined.

12      29.    BH's acts of infringement have caused irreparable harm to Mad Dogg.

13      30.    BH's acts have been committed willfully and with knowledge of Mad

14   Dogg's patent rights, and the resulting damage to Mad Dogg warrants the trebling

15   of damages.

16

17                   **THIRD CAUSE OF ACTION**

18           **(Patent Infringement -- 35 U.S.C. § 271, et seq.)**

19              **(United States Patent No. 6,468,185)**

20      31.    On October 22, 2002, United States Patent No. 6,468,185 ("the '185

21   patent"), for an invention entitled "Stationary Exercise Bicycle," was duly and

22   legally issued in the name of Johnny Goldberg.  The '185 patent was later

23   reexamined by the United States Patent Office which issued a reexamination

24   certificate on May 24, 2011.  By virtue of proper assignment, Mad Dogg has

25   acquired and duly owns all right, title, and interest in this patent, including the right

26   to sue and recover for infringement thereof.

27      32.    BH has notice of Mad Dogg's rights in the '185 patent.

28   ///

33.     On March 14, 2012, BH requested examination of the '185 reexamination certificate by the Patent Office.  The '185 reexamination certificate was subsequently reexamined and the Patent Office confirmed the patentability of all claims of the '185 reexamination certificate.  On February 11, 2013, the Patent Office issued a Notice of Intent to Issue *Ex Parte* Reexamination Certificate

34.     Copies of the '185 patent, 2011 Reexamination Certificate and 2013 Notice of Intent to Issue *Ex Parte* Reexamination Certificate are attached hereto as **Exhibit 3**.

35.     BH has infringed the '185 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying one or more of the inventions claimed therein within the United States.  Upon information and belief, these infringing bikes include BH's SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Ergo Tour, SB2.0 (H9160) and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

36.     BH has also infringed the '185 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the '185 patent.  Upon information and belief, this infringement has included BH's distribution of SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Ergo Tour, SB2.0 (H9160) and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the

'185 patent.  Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, SXPro, Evora, Master GS, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Ergo Tour, SB2.0 (H9160) and SB0 bikes and that are not staple articles or commodities of commerce suitable for substantial noninfringing use.

    37.    By reason of BH's acts of infringement, Mad Dogg has suffered damages, including impairment of the value of the '185 patent, in an amount yet to be determined.

    38.    BH's acts of infringement have caused irreparable harm to Mad Dogg.

    39.    BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights, and the resulting damage to Mad Dogg warrants the trebling of damages.

**FOURTH CAUSE OF ACTION**

**(Patent Infringement -- 35 U.S.C. § 271, et seq.)**

**(United States Patent No. 6,881,178)**

    40.    On April 19, 2005, United States Patent No. 6,881,178 ("the '178 patent"), for an invention entitled "Method of Exercising on a Stationary Bicycle," was duly and legally issued in the name of Johnny Goldberg.  By virtue of proper assignment, Mad Dogg has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover for infringement thereof.

    41.    BH has notice of Mad Dogg's rights in the '178 patent.

    42.    On March 14, 2012, BH requested reexamination of the '178 patent by the Patent Office.  The '178 patent was subsequently reexamined and the Patent

Office confirmed the patentability of claims 1-13, 16 and 19 on February 6, 2013. On April 19, 2013, the Patent Office issued a Notice of Intent to Issue *Ex Parte* Reexamination Certificate.

43.    Copies of the '178 patent and the Notice of Intent to Issue *Ex Parte* Reexamination are attached hereto as **Exhibit 4**.

44.    BH has infringed the '178 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying one or more of the inventions claimed therein within the United States.  Upon information and belief, these infringing bikes include BH's SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0,SB1 and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

45.    BH has also infringed the '178 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the '178 patent.  Upon information and belief, this infringement has included BH's distribution of SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0,SB1 and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the '178 patent.  Upon information and belief, this

infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0,SB1 and SB0 bikes and that are not staple articles or commodities of commerce suitable for substantial noninfringing use.  BH will continue to do so unless enjoined by this Court.

46.   By reason of BH's acts of infringement, Mad Dogg has suffered and is suffering damages, including impairment of the value of the '178 patent, in an amount yet to be determined.  The resulting damage to Mad Dogg warrants the trebling of damages.

47.   BH's acts of infringement are causing irreparable harm to Mad Dogg and will continue to cause irreparable harm unless enjoined by this Court.

48.   BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights and have resulted, and are currently resulting, in substantial unjust profits and unjust enrichment on the part of Defendants in an amount yet to be determined.

## FIFTH CAUSE OF ACTION

### (Patent Infringement -- 35 U.S.C. § 271, et seq.)

### (United States Patent No. 7,455,627)

49.   On November 25, 2008, United States Patent No. 7,455,627 ("the '627 patent"), for an invention entitled "Stationary Exercise Bicycle," was duly and legally issued.  By virtue of proper assignment, Mad Dogg has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover

for infringement thereof.

50.     BH has notice of Mad Dogg's rights in the '627 patent.

51.     On March 14, 2012, BH requested reexamination of the '627 patent by the Patent Office.  The '627 patent was subsequently reexamined and the Patent Office confirmed the patentability of all claims of the '627 patent.  On February 27, 2013, the Patent Office issued an *Ex Parte* Reexamination Certificate.

52.     Copies of the '627 patent and the *Ex Parte* Reexamination Certificate are attached hereto as **Exhibit 5**.

53.     BH has infringed the '627 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying one or more of the inventions claimed therein within the United States.  Upon information and belief, the infringing bikes include BH's Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, VeloPro-US, VeloPro-CAN, Ascent, KZ1, Jetbike GS, Agility and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

54.     BH has also infringed the '627 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the '627 patent.  Upon information and belief, this infringement has included BH's distribution of Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, VeloPro-US, VeloPro-CAN, Ascent, KZ1, Jetbike GS, Agility and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the '627 patent.  Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing SB0, Fusion, Countdown, Sprintwinner, Spinpower, VeloPro, Ascent and KZ1 bikes and that are not staple articles or commodities of commerce suitable for substantial noninfringing use.

1    55.    By reason of BH's acts of infringement, Mad Dogg has suffered

2    damages, including impairment of the value of the '627 patent, in an amount yet to

3    be determined.

4    56.    BH's acts of infringement have caused irreparable harm to Mad Dogg.

5    57.    BH's acts have been committed willfully and with knowledge of Mad

6    Dogg's patent rights and the resulting damage to Mad Dogg warrants the trebling of

7    damages.

8

9    ## SIXTH CAUSE OF ACTION

10   **(Patent Infringement -- 35 U.S.C. § 271, et seq.)**

11   **(United States Patent No. 8,057,364)**

12   58.    On November 15, 2011, United States Patent No. 8,057,364 ("the '364

13   patent"), for an invention entitled "Stationary Exercise Bicycle Having A Rigid

14   Frame," was duly and legally issued in the name of Johnny Goldberg.  By virtue of

15   proper assignment, Mad Dogg has acquired and duly owns all right, title, and

16   interest in this patent, including the right to sue and recover for infringement

17   thereof.

18   59.    BH has notice of Mad Dogg's rights in the '364 patent.

19   60.    On March 14, 2012, BH requested reexamination of the '364 patent by

20   the Patent Office.  The '364 patent was subsequently reexamined and the Patent

21   Office confirmed the patentability of claims 1-12 and 15-17 on February 2013.  On

22   April 17, 2013, the Patent Office issued a Notice of Intent to Issue *Ex Parte*

23   Reexamination Certificate.

24   61.    Copies of the '364 patent and the Notice of Intent to Issue *Ex Parte*

25   Reexamination Certificate are attached hereto as **Exhibit 6**.

26   62.    BH has infringed the '364 patent by manufacturing, using, offering to

27   sell, selling, and/or importing infringing bikes, embodying one or more of the

28   inventions claimed therein within the United States.  Upon information and belief,

- 13 -

these infringing bikes include BH's SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0, SB1 and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

63.    BH has also infringed the '364 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the '364 patent.  Upon information and belief, this infringement has included BH's distribution of SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0, SB1 and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the '364 patent.  Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing SB4, SB2.0, SB2, Fusion, Countdown, Sprintwinner, Spinpower, Jetbike, Master, VeloPro-US, VeloPro-CAN, Aeropro, Ascent, KZ1, Jetbike GS, Jetbike GSX, SXPro, Evora, Agility, Master GS, BT Aero, Duke Magnetic, Duke Electronic, Duke, Spada GSG, Spada, Spada Magnetic, SB3 Magnetic, G3 Pro, SB2.5, SB2.1, SB1.3, SB2 Pro Indoor Cycling, G5 Tour, G5 Ergo Tour, SB2 (H916N), SB2.0 (H9160), SB1.1, SB1.0, SB1 and SB0 bikes and that are not staple articles or

commodities suitable for substantial noninfringing use.

64.    By reason of BH's acts of infringement, Mad Dogg has suffered damages, including impairment of the value of the '364 patent, in an amount yet to be determined.

65.    BH's acts of infringement have caused irreparable harm to Mad Dogg.

66.    BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights, and the resulting damage to Mad Dogg warrants the trebling of damages.

## SEVENTH CAUSE OF ACTION

### (Patent Infringement -- 35 U.S.C. § 271, et seq.)

### (United States Patent No. D473,274)

67.    On April 13, 2003, United States Design Patent No. D473,274 ("the D274 patent"), for an invention entitled "Stationary Exercise Bicycle Frame", was duly and legally issued in the name of Johnny Goldberg.  By virtue of proper assignment, Mad Dogg has acquired and duly owns all right title, and interest in this patent, including the right to sue and recover for infringement thereof.  A copy of the D274 patent is attached hereto as **Exhibit 7**.

68.    BH has notice of Mad Dogg's rights in the D274 patent.

69.    BH has infringed the D274 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying the invention claimed therein within the United States.  Upon information and belief, these infringing bikes include BH's Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sales of the foregoing bikes to retailers, gyms, health clubs, consumers and/or end users.

70.    BH has also infringed the D274 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the D274

patent.  Upon information and belief, this infringement has included BH's distribution of Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the D274 patent.  Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes and that are not staple articles or commodities of commerce suitable for substantial noninfringing use.  BH will continue to do so unless enjoined by this Court.

71.    By reason of BH's acts of infringement, Mad Dogg has suffered and is suffering damages, including impairment of the value of the D274 patent, in an amount yet to be determined.  The resulting damage to Mad Dogg warrants the trebling of damages.

72.    BH's acts of infringement are causing irreparable harm to Mad Dogg and will continue to cause harm unless enjoined by this Court.

73.    BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights and have resulted, and are currently resulting, in substantial unjust profits and unjust enrichment on the part of BH in an amount yet to be determined.

## EIGHTH CAUSE OF ACTION

### (Patent Infringement -- 35 U.S.C. § 271, et seq.)

### (United States Patent No. D473,602)

74.    On April 22, 2003, United States Design Patent No. D473,602 ("the D602 patent", for an invention entitled "stationary exercise bicycle", was duly and legally issued in the name of Johnny Goldberg by virtue of proper assignment Mad Dogg has acquired and duly owns all right, title, and interest in this patent,

including the right to sue and recover for infringement thereof.  A copy of the D602 patent is attached hereto as **Exhibit 8**.

75.    BH has notice of Mad Dogg's rights in the D602 patent.

76.    BH has infringed the D602 patent by manufacturing, using, offering to sell, selling, and/or importing infringing bikes, embodying the invention claimed therein with the United States.  Upon information and belief, these infringing bikes include BH's Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes.  Upon information and belief, this infringement has included BH's use of the foregoing bikes at trade shows and/or BH's sale of the foregoing bikes to BH's gyms, health clubs, consumers and/or end users.

77.    BH has also infringed the D602 patent by supplying infringing bikes to others to use, thereby inducing and/or contributing to the infringement of the D602 patent.  Upon information and belief, this infringement has included BH's distribution of Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes to retailers, gyms, health clubs, consumers and/or end users with the intention that such third parties use these bikes to infringe the D602 patent.  Upon information and belief, this infringement has also occurred by BH's sale of components, such as spare or replacement parts, that BH knows are especially made for use with BH's infringing Fusion, Countdown, Sprintwinner, Spinpower, Ascent, KZ1 and SB0 bikes that are not staple articles or commodities of commerce suitable for substantial noninfringing use.  BH will continue to do so unless enjoined by this Court.

78.    By reason of BH's acts of infringement, Mad Dogg has suffered and is suffering damages, including impairment of the value of the D602 patent, in an amount yet to be determined.  The resulting damages to Mad Dogg warrants the trebling of damages.

///

///

79. BH's acts of infringement are causing irreparable harm to Mad Dogg and will continue to cause irreparable harm unless enjoined by this Court.

80. BH's acts have been committed willfully and with knowledge of Mad Dogg's patent rights and have resulted, and are currently resulting, in substantial unjust profits and unjust enrichment on the part of BH, in an amount yet to be determined.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## **PRAYER FOR RELIEF**

WHEREFORE, Mad Dogg respectfully demands judgment:

1.     That BH, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, or in concert with them or any of them be enjoined preliminarily and permanently:

(a)     from infringing the '178 patent, either directly or contributorily; and from inducing others to infringe the '178 patent;

(b)     from infringing the D274 patent, either directly or contributorily and from inducing others to infringe the D274 patent.

(c)     from infringing the D602 patent, either directly or contributorily and from inducing others to infringe the D602 patent.

2.     That Defendants be required to deliver up to the Court any and all stationary bicycles in their possession, custody, and/or control that infringe the '178, D274 and/or D602 patents.

3.     That Defendants be required to prepare and deliver to the Court a complete list of entities from whom Defendants purchased, and to whom it distributed and/or sold, stationary bicycles that infringe the '178, D274 and/or D602 patents, and to serve a copy of such list on Mad Dogg's attorneys.

4.     That Defendants be required to deliver to the Court any and all documents reflecting or relating to the purchase, sale, and/or distribution of any stationary bicycles that infringe the '178, D274 and/or D602 patents.

5.     That Defendants, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Mad Dogg's attorneys a written report, under oath, setting forth in detail the manner in which Defendants have complied with paragraphs 1-4, above.

6.     That Defendants be required to account for and pay over to Mad Dogg cumulative damages sustained by Mad Dogg by reason of Defendants' unlawful

acts of patent infringement herein alleged, that the amount of recovery be increased as provided by law, up to three times, and that interest and costs be awarded to Mad Dogg under 35 U.S.C. § 284.

7.     That the present case be found exceptional and that attorneys' fees be awarded to Mad Dogg under 35 U.S.C. § 285.

8.     That Mad Dogg be awarded its reasonable costs and attorneys' fees.

9.     That Mad Dogg have such other and further relief as the Court may deem equitable.

Dated:   April 23 2013          MACEIKO IP

                                By: _____

                                Theodore S. Maceiko

                                Attorneys for Plaintiff
                                MAD DOGG ATHLETICS, INC.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed.R.Civ.P. 38(b) and Local Rule 38-1, Plaintiff Mad Dogg Athletics, Inc. hereby demands a trial by jury on all issues triable in this action.

Dated:   April 23, 2013

MACEIKO IP

By: _____
Theodore S. Maceiko

Attorneys for Plaintiff
MAD DOGG ATHLETICS, INC.

# EXHIBIT  1



US005423728A

# United States Patent [19]

## Goldberg

| [11] | Patent Number: | **5,423,728** |
|---|---|---|
| [45] | Date of Patent: | **Jun. 13, 1995** |

[54] **STATIONARY EXERCISE BICYCLE**

[75] Inventor: **Johnny Goldberg**, Los Angeles, Calif.

[73] Assignee: **Mad Dogg Athletics, Inc.,** Los Angeles, Calif.

[21] Appl. No.: **969,765**

[22] Filed: **Oct. 30, 1992**

[51] Int. Cl.⁶ ............................................... A63B 21/00

[52] U.S. Cl. ......................................... 482/57; 74/551.1

[58] Field of Search ................. 482/57, 148; 74/551.1, 74/551.8

[56]                **References Cited**

### U.S. PATENT DOCUMENTS

|   |   |   |   |
|---|---|---|---|
| 562,198 | 6/1896 | Robinson | 482/52 |
| 588,166 | 8/1897 | McCoy | 74/551.1 |
| 4,632,386 | 12/1986 | Beech | 482/57 |

|   |   |   |   |
|---|---|---|---|
| 4,768,777 | 9/1988 | Yang | 482/57 |
| 4,936,570 | 6/1990 | Szymski et al. | 482/57 |

*Primary Examiner*—Stephen R. Crow
*Attorney, Agent, or Firm*—Jeffrey G. Sheldon; Ashok K. Janah

[57]                **ABSTRACT**

A stationary exercise bicycle comprises a frame having front and rear ground support elements, a front socket and a rear socket, and a seat socket; a pedal mechanism on said frame and a seat mounted on a seat socket at a level above the pedal mechanism, the seat being mounted for movement fore and aft relative to the seat socket, and upwardly and downwardly relative to the pedal mechanism.

**7 Claims, 5 Drawing Sheets**





**FIG. 1**

**FIG. 2**

Case 2:13-cv-02904-CAS-JCG   Document 1   Filed 04/24/13   Page 25 of 129   Page ID #:29



*FIG. 3*



*FIG. 4*



**FIG. 5**



**FIG. 6A**

U.S. Patent          June 13, 1995          Sheet 4 of 5          5,423,728



*FIG. 6B*



*FIG. 6C*

**U.S. Patent**          June 13, 1995          Sheet 5 of 5          **5,423,728**



14B

14A

**FIG. 7**



6A

24

**FIG. 8**

5,423,728

**1**

### STATIONARY EXERCISE BICYCLE

#### BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

#### SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated structure between the ground support elements and one of the sockets.

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

**2**

Additionally, the invented stationary exercise bicycle is mobile and the parts easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four basic parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

#### DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle.

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain.

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame.

FIG. 4 is an isometric view of the front fork triangle and an upstanding post.

FIG. 5 is an isometric view of the seat socket and the connective member.

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs.

FIG. 7 is an isometric view of the triangulated structure portion of the frame.

FIG. 8 is an isometric view of an alternative frame.

#### DESCRIPTION

A stationary exercise bicycle comprises a frame 1 or 24. The frame has front 2 and rear 3 ground support elements, a front socket 4 and a rear socket 5 and a pedal mechanism 6. The rear socket 5 is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat socket 12 and upwardly and downwardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handlebar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick

5,423,728

3

transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A, 6B, and 6C shows the holes which permit the connecting member to be arrestable by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 or 24 further comprises at least multiple upstanding posts 13. In a preferred form, the posts interengage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structure 7 and 14. One of the triangulated structures 7 and 14 includes an arm 6A intended to mount the pedal mechanism 6.

The upstanding posts 13 form part of the triangulated structure 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear triangle 14A which functions to stabilize the frame 1; the bottom bracket triangle 14B which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which functions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for standing. Further, 6A allows for conventional pedal mechanisms (i.e. crankarm and crankset) to be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel. The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion moving the flywheel in and out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non-cylindrical. The sockets described herein permits a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22.

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin

4

21 permits adjustment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar a rider theoretically may be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

The pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mechanism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Additionally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rocking the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilizes the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g. the rear, front, or seat socket.

Additionally, the handlebar 8 may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements 9. The second handle means may include an element (e.g. a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

5,423,728

**5**

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

What is claimed is:

1. A stationary exercise bicycle comprising:

(a) a frame having front and rear ground support elements, front and rear sockets, front and rear upstanding posts respectively supporting the front and rear sockets, and elements engaging at least one of the posts for forming two triangulated structures between the ground support elements and at least a first one of the posts, the posts and the triangulated structures being formed substantially entirely of hollow members of polygonal cross-section;

(b) a seat socket adjustably supported in the rear socket at a selected elevation relative to the frame, the seat socket including a cylindrical hollow member having a polygonal cross-section, the hollow member being approximately horizontally disposed;

(c) a seat assembly slidably movable forwardly and rearwardly in the seat socket and being maintained by the hollow member in a fixed orientation;

(d) a latch for fixably securing the seat assembly relative to the seat socket;

(e) a pedal mechanism on the frame; and

(f) a handlebar adjustably supported in the front socket at a selected elevation relative to the frame, and having:

(i) first handle means comprising outwardly directed elements and spaced apart forwardly directed elements; and

(ii) second handle means comprising a loop member forwardly extending from the outwardly directed elements, the loop member being spaced inwardly from the forwardly directed

**6**

elements of the first handle means, the handlebar being capable of use by being grasped by a rider of the bicycle at the forwardly directed elements, being grasped by the rider at the loop member, and being engaged by arms of the rider resting on the loop member, the arms also contacting the forwardly directed elements of the first handle means.

2. The bicycle as claimed in claim 1, wherein the polygonal cross section is substantially square.

3. A bicycle as claimed in claim 1, wherein the loop member is at least part of a closed ring, the ring being located between the forwardly directed elements, and the ring being connected to the outwardly directed elements of the handlebar.

4. A bicycle as claimed in claim 3, wherein the closed ring is a semi-circle and wherein the axis for the semi-circle is located substantially about midway through the outwardly directed element of the handlebar.

5. A bicycle as claimed in claim 1, wherein one of the triangulated structures includes an arm intended to mount the pedal mechanism.

6. A bicycle as claimed in claim 1, wherein the upstanding posts form part of the triangulated structures, and wherein the upstanding posts are all located at a non-horizontal, non-vertical axis.

7. The bicycle of claim 1, further comprising:

(a) a pedal mechanism on said frame, the pedal mechanism including a cog operative with an endless chain having slots for engagement with the cog; and

(b) a ring guard protective of at least the interaction of the teeth of the cog with the endless chain, the ring guard being located internally of the perimeter defined by the endless chain.

* * * * *

 United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,191 | 03/14/2012 | 5423728 | B17:02491.01 | 9711 |

13612        7590        02/08/2013
Theodore S. Maceiko
Maceiko IP
3770 Highland Avenue
Suite 207
Manhattan Beach, CA 90266

| EXAMINER |
|---|
| DEMILLE, DANTON D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/08/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

Exhibit 1, Page 31

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

KAUTH , POMEROY , PECK & BAILEY ,LLP

2400 EAST KATELLA AVENUE , SUITE 1050

ANAHEIM, CA 92806

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/012,191*.

PATENT NO. *5423728*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| ***Notice of Intent to Issue***<br>***Ex Parte Reexamination Certificate*** | 90/012,191 | 5423728 |
| | Examiner | Art Unit |
| | DANTON DEMILLE | 3993 |

*-- THE MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: <u>21 November 2012</u>.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
   (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☒ No
   (b) Change in the Drawing(s): ☐ Yes ☒ No
   (c) Status of the Claim(s):
      (1) Patent claim(s) confirmed: <u>1-7</u>.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
      (3) Patent claim(s) canceled: _____.
      (4) Newly presented claim(s) patentable: _____.
      (5) Newly presented canceled claims: _____.
      (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
      (7) Patent claim(s) not subject to reexamination: _____.

3. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

4. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

5. ☒ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

6. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

7. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All   b)☐ Some*   c)☐ None   of the certified copies have
      ☐ been received.
      ☐ not been received.
      ☐ been filed in Application No. _____.
      ☐ been filed in reexamination Control No. _____.
      ☐ been received by the International Bureau in PCT Application No. _____.
   * Certified copies not received: _____.

8. ☐ Note attached Examiner's Amendment.

9. ☐ Note attached Interview Summary (PTO-474).

10. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| |
|---|
| Danton DeMille<br>Primary Examiner<br>Art Unit: 3993 |

cc: Requester (if third party requester)

Application/Control Number: 90/012,191                                   Page 2
Art Unit: 3993

# Notice of Intent to Issue a Reexamination Certificate

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

Patent owner's arguments regarding commercial success are found persuasive. Many articles of accolades including *Sweating It Out* from Allure state that "[b]ecause you are constantly adjusting the tension and going from a sitting position to an all-out rush-off-the-seat pump, this cycling feels more like the Tour de France than the tour d'Ennui…" Elle Spa states "[t]he bicycle has fixed gear, racing handlebars, pedals with clips, and a comfortable seat that can adjust forward and back as well as up and down." Rolling Stone magazine states "[t]hese are the only training bikes you can pedal standing up, like pumping a bike uphill". The demand for the SPINNER® bike surpassed Mad Dogg's capacity for building the bikes such that Mad Dogg had to enter into a license agreement with Schwinn to manufacture the bikes. Now the SPINNER® bike has gone worldwide.

Patent owner was able to successfully tie the commercial success to the ability of standing up on the bike similar to pumping the bike uphill to the dual grip handlebar and the fore/aft adjustable seat as recited in the claims.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

Application/Control Number: 90/012,191                                    Page 3
Art Unit: 3993

### *Conclusion*

All correspondence relating to this *ex parte* reexamination proceeding should be directed:

By EFS:        Registered users may submit via the electronic filing system EFS-Web, at
               https://efs.uspto.gov/efile/myportal/efs-registered.

By Mail to:    Mail Stop *Ex Parte* Reexam
               Central Reexamination Unit
               Commissioner for Patents
               United States Patent & Trademark Office
               P.O. Box 1450 Alexandria, VA 22313-1450

By FAX to:     (571) 273-9900
               Central Reexamination Unit

By hand:       Customer Service Window
               Randolph Building
               401 Dulany Street
               Alexandria, VA 22314

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence
(except for a request for reexamination and a corrected or replacement request for
reexamination) will be considered timely filed if (a) it-is transmitted via the Office's
electronic- filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a
certificate of transmission for each piece of correspondence stating the date of
transmission, which is prior to the expiration of the set period of time in the Office action.

Any inquiry concerning this communication or earlier communications from the
Examiner, or as to the status of this proceeding, should be directed to the Central
Reexamination Unit at telephone number (571) 272-7705.

Telephone Number for reexamination inquiries:

Reexamination and Amendment Practice        (571) 272-7703
Central Reexam Unit (CRU)                    (571) 272-7705
Reexamination Facsimile Transmission No.     (571) 273-9900

/Danton DeMille/
Patent Reexamination Specialist
Central Reexamination Unit 3993
(571) 272-4974

Conferee:      /RMF/              Conferee: /EDL/

# EXHIBIT 2



US006155958A

# United States Patent [19]

## Goldberg

| [11] | Patent Number: | 6,155,958 |
|---|---|---|
| [45] | Date of Patent: | *Dec. 5, 2000 |

[54] **STATIONARY EXERCISE BICYCLE HAVING A RIGID FRAME**

[75] Inventor: **Johnny Goldberg**, Los Angeles, Calif.

[73] Assignee: **Madd Dog Athletics, Inc.,** Santa Monica, Calif.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/019,352**

[22] Filed: **Feb. 5, 1998**

### Related U.S. Application Data

[63] Continuation of application No. 08/736,976, Oct. 25, 1996, Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, Feb. 21, 1995, abandoned, which is a continuation of application No. 07/969,765, Oct. 30, 1992, Pat. No. 5,423,728.

[51] Int. Cl.[7] ................................................. **A63B 22/06**
[52] U.S. Cl. ............................................. **482/57;** 74/551.1
[58] Field of Search ........................... 482/51, 57, 62, 482/63, 58; D21/194; 280/261; 297/195; 74/551.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| D. 291,462 | 8/1987 | Aalto | ............................... D21/194 |
|---|---|---|---|
| 562,198 | 6/1896 | Robinson | ................................. 482/S2 |
| 588,166 | 8/1897 | Mccoy | ............................... 74/551.1 |
| 633,534 | 9/1899 | Read | ................................... 280/261 |
| 635,082 | 10/1899 | Stiles | ................................. 280/261 |
| 671,785 | 4/1901 | Young et al. | .............................. 482/57 |
| 1,336,774 | 4/1920 | Cooper | .................................... 482/57 |
| 1,507,554 | 9/1924 | Cooper | .................................... 482/57 |
| 1,636,327 | 7/1927 | Roe | ....................................... 424/144 |
| 3,062,204 | 11/1962 | Stefano | ................................ 128/25 |
| 3,511,097 | 5/1970 | Corwin | .................................... 73/379 |
| 4,188,030 | 2/1980 | Hooper | .................................... 482/62 |
| 4,577,860 | 3/1986 | Matias | .................................... 272/73 |
| 4,632,386 | 12/1986 | Beech | .................................... 272/73 |
| 4,768,777 | 9/1988 | Yang | ...................................... 272/73 |
| 4,772,069 | 9/1988 | Szymski | ................................ 297/195 |
| 4,824,102 | 4/1989 | Lo | ......................................... 482/62 |
| 4,880,225 | 11/1989 | Lucas et al. | .............................. 272/73 |
| 4,902,001 | 2/1990 | Balbo | ..................................... 482/62 |
| 4,915,374 | 4/1990 | Watkins | .................................. 272/73 |
| 4,936,570 | 6/1990 | Szymski et al. | .......................... 482/62 |
| 5,000,469 | 3/1991 | Smith | ..................................... 280/261 |
| 5,145,477 | 9/1992 | Han | ....................................... 482/57 |
| 5,232,422 | 8/1993 | Bishop, Jr. | ............................... 482/57 |
| 5,336,147 | 8/1994 | Sweeney, III | ............................ 482/57 |
| 5,423,728 | 6/1995 | Goldberg | ................................ 482/57 |
| 5,722,916 | 3/1998 | Goldberg | ................................ 482/57 |

*Primary Examiner*—Stephen R. Crow
*Attorney, Agent, or Firm*—Lyon & Lyon LLP

[57] **ABSTRACT**

A stationary exercise bicycle comprises a frame having front and rear ground support elements, a front socket and a rear socket, and a seat socket; a pedal mechanism on said frame and a seat mounted on a seat socket at a level above the pedal mechanism, the seat being mounted for movement fore and aft relative to the seat socket, and upwardly and downwardly relative to the pedal mechanism.

**9 Claims, 5 Drawing Sheets**





**FIG. 1**

**FIG. 2**



*FIG. 3*



*FIG. 4*



20

12

*FIG. 5*



8

10

9B

9A

*FIG. 6A*

Case 2:13-cv-02904-CAS-JCG   Document 1   Filed 04/24/13   Page 42 of 129   Page ID #:46



**FIG. 6B**



**FIG. 6C**

Exhibit 2, Page 40



14B

14A

**FIG. 7**



6A

24

**FIG. 8**

6,155,958

**1**

## STATIONARY EXERCISE BICYCLE HAVING A RIGID FRAME

This is a continuation application of application Ser. No. 08/736,976, filed on Oct. 25, 1996, now U.S. Pat. No. 5,722,916 to Johnny Goldberg which is a continuation of application Ser. No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of Ser. No. 07/969,765, filed on Oct. 30, 1992, now U.S. Pat. No. 5,423,728 to Johnny Goldberg.

### BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

### SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated structure between the ground support elements and one of the sockets.

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The

**2**

ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

Additionally, the invented stationary exercise bicycle is mobile and the parts easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four basic parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

### DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle.

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain.

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame.

FIG. 4 is an isometric view of the front fork triangle and an upstanding post.

FIG. 5 is an isometric view of the seat socket and the connective member.

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs.

FIG. 7 is an isometric view of the triangulated structure portion of the frame.

FIG. 8 is an isometric view of an alternative frame.

### DESCRIPTION

A stationary exercise bicycle comprises a frame 1 or 24. The frame has front 2 and rear 3 ground support elements, a front socket 4 and a rear socket 5 and a pedal mechanism 6. The rear socket 5 is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat socket 12 and upwardly and downwardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

6,155,958

3

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handlebar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A, 6B, and 6C shows the holes which permit the connecting member to be arrestable by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 or 24 further comprises at least multiple upstanding posts 13. In a preferred form, the posts inter-engage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structure 7 and 14. One of the triangulated structures 7 and 14 includes an arm or cross element 6A intended to mount the pedal mechanism 6.

The upstanding posts 13 form part of the triangulated structure 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear triangle 14A which includes an inverted V-shaped section and which functions to stabilize the frame 1; the bottom bracket triangle 14B which includes an upstanding V-shaped section and which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which includes an inverted V-shaped section which functions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for standing. Further, 6A allows for conventional pedal mechanisms (i.e. crankarm and crankset) to be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel. The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion moving the flywheel in an d out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non-cylindrical. The sockets described herein permits a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22.

4

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin 21 permits adjustment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar a rider theoretically may have be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

The pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mechanism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Additionally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rocking the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilizes the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g. the rear, front, or seat socket.

Additionally, the handlebar 8 may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements 9. The second handle means may include an element (e.g. a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse

6,155,958

5

into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

What is claimed is:

1. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, the stationary exercise bicycle comprising:

(a) a frame having front and rear sockets;

(b) an adjustable seat mounted in the rear socket, the adjustable seat being extendable in fore and aft directions relative to the rear socket; and

(c) a handlebar mounted in the front socket, the handlebar comprising a an upright portion lateral bar directed outwardly from the upright portion and prongs connected to the lateral bar and having forwardly extending free ends, the free ends extending upwardly to form handle portions, and at least one second bar extending forwardly in a common plane from said lateral bar,

wherein the prongs comprise a length that is sufficiently long to allow a rider to reach and grasp the handle portions of the handlebar when the adjustable seat is in a fully extended fore position.

2. A stationary bicycle according to claim 1 wherein the adjustable seat comprises an adjustable seat support having a length that is sufficiently long to allow a rider to reach and grasp the lateral bar when the adjustable seat is set to a fully extended aft position.

3. A stationary bicycle according to claim 1 wherein said at least one second bar forms a ring in the space defined by the lateral bar and prongs to provide additional grasping positions for the rider.

4. The stationary bicycle according to claim 1 Wherein the lateral bar comprises two downwardly sloped elements each directed outwardly relative to the front socket.

5. An adjustable stationary bicycle comprising:

(a) a frame having ground supports, a seat holding mechanism, a handlebar holding mechanism, a frame structure connecting the seat holding mechanism to the handlebar holding mechanism, and a pedal assembly, wherein the frame structure comprises two V-shaped sections, one V-shaped section comprising two members and a substantially horizontal cross element connecting the two members intermediate the ends of the

6

members, said pedal assembly mounted on said cross element, the other V-shaped section comprising members converging to a different point, wherein the two V-shaped sections overlap along a member, the member including one of the holding mechanisms;

(b) a handlebar assembly adjustably mounted on the handlebar holding mechanism, the handlebar holding mechanism capable of mounting the handlebar assembly at different positions relative to the frame, the handlebar assembly including a handlebar having multiple gripping positions; and

(c) a seat assembly adjustably mounted on the seat holding mechanism, the seat holding mechanism capable of mounting the seat assembly at different positions relative to the frame, the seat assembly including a seat and a fore and aft adjustment mechanism to allow fore and aft movement of the seat relative to the frame.

6. The bicycle of claim 5 wherein said one of the holding mechanisms is the seat holding mechanism.

7. The bicycle of claim 5 wherein the seat holding mechanism comprises a socket.

8. The bicycle of claim 5 wherein one of the V-shaped sections is an inverted V-shaped section.

9. An adjustable stationary bicycle comprising:

(a) a frame having ground supports, a pedal assembly and a seat holding mechanism, the seat holding mechanism including (i) a bar with a polygonally shaped bore, (ii) a side aperture extending into the bore, and (iii) a locking member receivable within the side aperture;

(b) a handlebar adjustably mounted on the frame and adjustable relative to the frame in two directions;

(c) a seat assembly comprising (i) an attachment member including a first polygonally shaped portion and a second polygonally shaped portion angularly offset from the first polygonally shaped portion and including a bore, the first polygonally shaped portion receivable in the polygonally shaped bore of the seat holding mechanism and lockable by the locking member, (ii) a seat including a member receivable within the bore in the second polygonally shaped portion, and (iii) a locking mechanism, wherein the seat is slidably adjustable along the second polygonally shaped portion and lockable at a plurality of positions to adjust the seat in the fore and aft directions.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,155,958
DATED        : December 5, 2000
INVENTOR(S) : Johnny Goldberg

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the claims at column 5, line 17, claim 1 should read "comprising [a] an upright portion, a lateral bar directed".

In the claims at column 5, line 37, claim 4, the word "wherein" should begin with a lower case "w" rather than an upper case "W" as presently appears in the claim.

In the specification at column 3, line 56, the words "an   d" should read as one word "and".

In the specification at column 4, line 18, the word "is" should be deleted.

Signed and Sealed this

First Day of May, 2001

*Attest:*

*Nicholas P. Godici*

**NICHOLAS P. GODICI**

*Attesting Officer*          *Acting Director of the United States Patent and Trademark Office*

Exhibit 2, Page 45

US006155958C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (9587th)

# United States Patent
### Goldberg

(10) Number: US 6,155,958 C1
(45) Certificate Issued: *Apr. 9, 2013

(54) **STATIONARY EXERCISE BICYCLE HAVING A RIGID FRAME**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

**Reexamination Request:**
No. 90/012,192, Mar. 14, 2012

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,155,958** |
| Issued: | **Dec. 5, 2000** |
| Appl. No.: | **09/019,352** |
| Filed: | **Feb. 5, 1998** |

Certificate of Correction issued May 1, 2001

(*) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation

of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) **Int. Cl.**
*A63B 22/06* (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **482/57**; 74/551.1

(58) **Field of Classification Search** .......................... None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,192, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Danton DeMille

(57) **ABSTRACT**

A stationary exercise bicycle comprises a frame having front and rear ground support elements, a front socket and a rear socket, and a seat socket; a pedal mechanism on said frame and a seat mounted on a seat socket at a level above the pedal mechanism, the seat being mounted for movement fore and aft relative to the seat socket, and upwardly and downwardly relative to the pedal mechanism.



# EXHIBIT  3

US006468185B1

(12) **United States Patent**   (10) **Patent No.:**   **US 6,468,185 B1**

Goldberg   (45) **Date of Patent:**   *Oct. 22, 2002

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dog Athletics, Inc.**, Venice, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/672,197**

(22) Filed: **Sep. 28, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/019,352, filed on Feb. 2, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) Int. Cl.⁷ ............................................. **A63B 21/00**

(52) U.S. Cl. ............................... **482/57**; D21/663

(58) Field of Search ..................... 482/148, 51, 57–65; D21/663, 666, 667; 74/551.1, 551.8

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 562,198 A | 6/1896 | Robinson | 482/52 |
| 588,166 A | 8/1897 | McCoy | 74/551.1 |
| 633,534 A | 9/1899 | Read | 280/261 |
| 635,082 A | 10/1899 | Stiles | 280/261 |
| 671,785 A | 4/1901 | Young et al. | 482/57 |
| 1,336,774 A | 4/1920 | Cooper | 482/57 |
| 1,507,554 A | 9/1924 | Cooper | 482/57 |
| 1,636,327 A | 7/1927 | Roe | 424/144 |
| 3,062,204 A | 11/1962 | Stefano | 128/25 |
| 3,511,097 A | 5/1970 | Corwin | 73/379 |
| D251,747 S | 5/1979 | Valentine et al. | |
| 4,188,030 A | 2/1980 | Hooper | |
| D280,117 S | 8/1985 | Collins | |
| D280,118 S | 8/1985 | Collins | |
| 4,577,860 A | 3/1986 | Matias | 272/73 |
| D284,596 S | 7/1986 | McNeil | |
| 4,632,386 A | 12/1986 | Beech | 272/73 |
| D289,782 S | 5/1987 | Szymski et al. | |
| D291,462 S | 8/1987 | Aalto | D21/194 |
| D292,304 S | 10/1987 | Ostrom | |
| 4,768,777 A | 9/1988 | Yang | 272/73 |
| 4,772,069 A | 9/1988 | Szymski | 297/195 |
| 4,824,102 A | 4/1989 | Lo | 272/73 |
| 4,880,225 A | 11/1989 | Lucas et al. | 272/73 |
| 4,902,001 A | 2/1990 | Balbo | |
| 4,915,374 A | 4/1990 | Watkins | 272/73 |
| 4,936,570 A | 6/1990 | Szymski et al. | 272/73 |
| 5,000,469 A | 3/1991 | Smith | 280/261 |
| 5,145,477 A | 9/1992 | Han | 482/57 |
| 5,232,422 A | 8/1993 | Bishop, Jr. | 482/57 |
| 5,336,147 A | 8/1994 | Sweeney, III | 482/57 |
| 5,423,728 A | 6/1995 | Goldberg | 482/57 |

*Primary Examiner*—Stephen R. Crow

(74) *Attorney, Agent, or Firm*—Lyon & Lyon LLP

(57) **ABSTRACT**

A stationary exercise bicycle comprises a frame having front and rear ground support elements, a front socket and a rear socket, and a seat socket; a pedal mechanism on said frame and a seat mounted on a seat socket at a level above the pedal mechanism, the seat being mounted for movement fore and aft relative to the seat socket, and upwardly and downwardly relative to the pedal mechanism.

**19 Claims, 5 Drawing Sheets**





FIG. 1

FIG. 2



*FIG. 3*



*FIG. 4*

Case 2:13-cv-02904-CAS-JCG   Document 1   Filed 04/24/13   Page 53 of 129   Page ID #:57



**FIG. 5**



**FIG. 6A**

Exhibit 3, Page 50



*FIG. 6B*



*FIG. 6C*



*FIG. 7*



*FIG. 8*

US 6,468,185 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**STATIONARY EXERCISE BICYCLE**

CROSS REFERENCE TO RELATED
APPLICATIONS

This is a continuation application of application Ser. No. 09/019,352, filed on Feb. 2, 1998, now U.S. Pat. No. 6,155,958 to Johnny Goldberg, which is a continuation of Ser. No. 08/736,976, filed on Oct. 25, 1996, now U.S. Pat. No. 5,722,916 to Johnny Goldberg, which is a continuation of application Ser. No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of Ser. No. 07/969, 765, filed on Oct. 30, 1992, now U.S. Pat. No. 5,423,728 to Johnny Goldberg.

BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide a stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means. The handlebar is adjustable in the front socket.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated structure between the ground support elements and one of the sockets.

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross-section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. The adjustability of the bicycle facilitates comfortable riding of the bicycle in multiple positions, for example, sitting, standing and different gripping positions. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

According to another aspect of the invention, a stationary exercise bicycle is provided wherein the height and the fore and aft position of the seat is adjustable. The height of the handlebar is also adjustable. This adjustability allows the stationary exercise bicycle to be ridden in multiple positions to simulate different bicycle riding conditions.

Additionally, the invented stationary exercise bicycle is mobile and the parts, easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four basic parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle;

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain;

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame;

FIG. 4 is an isometric view of the front fork triangle and an upstanding post;

FIG. 5 is an isometric view of the seat socket and the connective member;

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs;

FIG. 7 is an isometric view of the triangulated structure portion of the frame; and

FIG. 8 is an Isometric view of an alternative frame.

DESCRIPTION

A stationary exercise bicycle comprises a frame 1 (FIG. 1) or 24 (FIG. 8). The frame has a central ground support element 31, front 2 and rear 3 ground support elements, a front socket 4 and a rear socket 5 and a pedal mechanism 6. As discussed below and as shown in FIG. 1, pedal mechanism 6 generally includes a crankarm and crankset. The rear socket 5 is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level

US 6,468,185 B1

3

above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat socket 12 and upwardly and downwardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B (FIG. 6A) which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handlebar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A and 6B show the holes which permit the connecting member to be arrest-able by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 (FIG. 1) or 24 (FIG. 8) further comprises at least multiple upstanding posts 13. In a preferred form, the posts inter-engage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structures 7 and 14. One of the triangulated structures 7 and 14 includes an arm or cross-element 6A intended to mount the pedal mechanism 6.

The upstanding posts 13 form part of the triangulated structure 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear triangle 14A which includes an inverted V-shaped section and which functions to stabilize the frame 1; the bottom bracket triangle 14B which includes an upstanding V-shaped section and which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which includes an inverted V-shaped section and which functions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for

4

standing. Further, arm or cross-element 6A allows for conventional pedal mechanisms (i.e., crankarm and crankset) to be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel (FIG. 2). The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion moving the flywheel in and out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non-cylindrical. The sockets described herein permit a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22.

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin 21 permits adjustment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar, a rider theoretically may be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

Referring now to FIG. 3, the pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mechanism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Additionally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rocking the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilize the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present

US 6,468,185 B1

**5**

invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar **8**, the adjustable and detachable seat **20**), the connecting member being arrestable by a pop pin **19**, **21**, or **22**. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g., the rear, front, or seat socket.

Additionally, the handlebar **8** may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements **9**. The second handle means may include an element (e.g., a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

What is claimed is:

1. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, comprising:

a frame having front and rear sockets;

an adjustable seat mounted in the rear socket, the adjustable seat being extendable in fore and aft directions relative to the rear socket; and

an adjustable handlebar mounted in the front socket, the handlebar including a lateral bar directed outwardly from the front socket, a first handle having at least one prong extending forwardly from said lateral bar, and at least one second handle inwardly located relative to the at least one prong.

2. The stationary exercise bicycle of claim 1 wherein the at least one second handle is a ring.

3. The stationary exercise bicycle of claim 2 wherein the ring is a semi-circle.

4. The stationary exercise bicycle of claim 1 wherein the first handle includes two prongs having free ends extending upwardly.

5. The stationary exercise bicycle of claim 1, further comprising a pedal mechanism mounted to the frame.

6. The stationary exercise bicycle of claim 5 wherein the pedal mechanism comprises a crank arm and a crankset.

7. The stationary exercise bicycle of claim 6 wherein the pedal mechanism is a conventional non-stationary bicycle pedal assembly.

8. The stationary exercise bicycle of claim 1 wherein the seat includes a means for detaching the seat from the rear socket.

9. The stationary exercise bicycle of claim 1 wherein the handlebar includes a means for detaching the handlebar from the front socket.

10. The stationary exercise bicycle of claim 1, further comprising a resistance system for simulating outdoor riding conditions.

11. The stationary exercise bicycle of claim 1 wherein the handlebar comprises a first gripping position, a second gripping position different from the first, and a third gripping position different from the first and the second gripping positions for use by the rider to simulate outdoor riding conditions.

**6**

12. The stationary exercise bicycle of claim 5 wherein the pedal mechanism is a clipless pedal.

13. The stationary exercise bicycle of claim 1 wherein the handlebar is adjustable relative to the adjustable seat.

14. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, including alternating sitting and standing positions, while remaining on the bicycle, comprising:

a frame having front and rear sockets;

a seat adjustably mounted in the rear socket, the adjustable seat being extendable in fore and aft directions relative to the rear socket, and being adjustable to a seat position that allows the rider to adopt different riding positions, including alternating sitting and standing positions, while remaining on the bicycle; and

a handlebar adjustably mounted in the front socket, the handlebar including a lateral bar directed outwardly from the front socket, a first handle having prongs extending forwardly from soid lateral bar, and a second handle inwardly located relative to the prongs, the handlebar being adjustable to a handlebar position that allows the rider to adopt different riding positions, including alternating sitting and standing positions, while remaining on the bicycle.

15. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, comprising:

a front socket;

a rear socket;

a singular diagonal frame element that is connected to the front socket and the rear socket, that extends diagonally and linearly downward from the front socket to the rear socket, and that includes a mount for a pedal assembly;

a seat adjustably mounted in the rear socket, the seat being extendable in fore and aft directions relative to the rear socket; and

a handlebar adjustably mounted in the front socket wherein the handlebar further comprises an upright portion, a lateral bar directed outwardly from the upright portion, a first handle having at least one prong extending forwardly from said lateral bar, and at least one second handle extending forwardly from said lateral bar.

16. The stationary exercise bicycle of claim 15, wherein the singular diagonal frame element extends beyond the rear socket, the bicycle further comprising:

a front ground support connected to the front socket; and

a rear ground support connected to the singular diagonal frame element.

17. The stationary exercise bicycle of claim 16, further comprising a central ground support connected to and extending between the front ground support and the rear ground support.

18. The stationary exercise bicycle of claim 15, wherein the singular diagonal frame element terminates at the rear socket, the bicycle further comprising:

a front ground support connected to the front socket;

a central ground support connected to the front ground support and the rear socket, and extending rearward of the rear socket;

a second frame element that is connected to the rear socket and the central ground support, and that extends downward from the rear socket to the central ground support; and

US 6,468,185 B1

7

a rear ground support connected to the central ground support.

19. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, the stationary exercise bicycle comprising:

a frame having front and rear sockets;

an adjustable seat mounted in the rear socket, the adjustable seat being extendable in fore and aft directions relative to the rear socket; and

8

a handlebar mounted in the front socket, the handlebar comprising a lateral bar directed outwardly from the front socket and prongs connected to the lateral bar and having forwardly extending free ends, the free ends extending upwardly to form handle portions, and at least one second bar extending forwardly in a common plane relative to said lateral bar.

* * * * *

US006468185C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (8258th)

# United States Patent
### Goldberg

(10) Number: **US 6,468,185 C1**
(45) Certificate Issued: **May 24, 2011**

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

**Reexamination Request:**
No. 90/010,829, Jan. 15, 2010

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **6,468,185** |
| Issued: | **Oct. 22, 2002** |
| Appl. No.: | 09/672,197 |
| Filed: | Sep. 28, 2000 |

### Related U.S. Application Data

(63) Continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992. now Pat. No. 5,423,728.

(51) **Int. Cl.**
   *A63B 21/00* (2006.01)

(52) **U.S. Cl.** ........................................ **482/57**; D21/663

(58) **Field of Classification Search** ..................... 482/57
   See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,296,940 | A | 10/1981 | Herbert |
| 4,477,072 | A | 10/1984 | DeCloux |
| D291,462 | S | 8/1987 | Aalto |
| D292,304 | S | 10/1987 | Ostrom |
| D299,732 | S | 2/1989 | Gustafsson |
| 4,938,475 | A | 7/1990 | Sargeant et al. |
| 5,154,095 | A | 10/1992 | Giard, Jr. |
| 5,199,324 | A | 4/1993 | Sain |
| 5,722,916 | A | 3/1998 | Goldberg |
| 6,155,958 | A | 12/2000 | Goldberg |
| 6,468,185 | B1 | 10/2002 | Goldberg |
| 6,881,178 | B1 | 4/2005 | Goldberg |
| 7,455,627 | B2 | 11/2008 | Goldberg |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B-22925/83 | 6/1984 |
| FR | 779363 | 12/1933 |

#### OTHER PUBLICATIONS

Pan's World International, Inc., Fitness Range from Pan's World, Taipei, Taiwan, R.O.C., 1984, 12 pages.
Bicycling magazine cover, Nov. 1989, 1 page.

*Primary Examiner*—William C. Doerrler

(57) **ABSTRACT**

A stationary exercise bicycle comprises a frame having front and rear ground support elements, a front socket and a rear socket, and a seat socket; a pedal mechanism on said frame and a seat mounted on a seat socket at a level above the pedal mechanism, the seat being mounted for movement fore and aft relative to the seat socket, and upwardly and downwardly relative to the pedal mechanism.



US 6,468,185 C1

**1**

## EX PARTE
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims 1, 14, 15 and 19 are determined to be patentable as
amended.

Claims 2-13 and 16-18, dependent on an amended claim,
are determined to be patentable.

1. A stationary exercise bicycle that is adjustable to allow
a rider to adopt different riding positions, comprising:
a frame having front and rear sockets;
an adjustable seat mounted in the rear socket, the adjust-
able seat being extendable in fore and aft directions
relative to the rear socket; [and]
an adjustable handlebar *including a stem portion that is
adjustably* mounted in the front socket, [the handlebar
including] *a forward portion that is fixed to the stem
portion, and a handle portion that is coupled to the
forward portion in a manner that does not allow rota-
tional adjustability of the handle portion when the sta-
tionary exercise bicycle is being ridden or not ridden
and that includes* a lateral bar directed outwardly from
the front socket, a first handle having at least one prong
extending forwardly from said lateral bar, and at least
one second handle inwardly located relative to the at
least one prong *fixed to the handle portion*.
14. A stationary exercise bicycle that is adjustable to allow
a rider to adopt different riding positions, including alternat-
ing sitting and standing positions, while remaining on the
bicycle, comprising:
a frame having front and rear sockets;
a seat adjustably mounted in the rear socket, the adjust-
able seat being extendable in fore and aft directions
relative to the rear socket, and being adjustable to a seat
position that allows the rider to adopt different riding
positions, including alternating sitting and standing
positions, while remaining on the bicycle; and
*an adjustable* handlebar [adjustable] *including a stem
portion that is adjustably* mounted in the front socket,
[the handlebar including] *a forward portion that is fixed
to the stem portion, and a handle portion that is
coupled to the forward portion in a manner that does
not allow rotational adjustability of the handle portion*

**2**

when the stationary exercise bicycle is being ridden or
not ridden and that includes a lateral bar directed out-
wardly from the front socket, a first handle having
prongs extending forwardly from the [soid] lateral bar,
and a second handle inwardly located relative to the
prongs *and fixed to the handle* portion, the handlebar
being adjustable to a handlebar position that allows the
rider to adopt different riding positions, including alter-
nating sitting and standing positions, while remaining
on the bicycle.
15. A stationary exercise bicycle that is adjustable to allow
a rider to adopt different riding positions, comprising:
a front socket;
a rear socket;
a singular diagonal frame element that is connected to the
front socket and the rear socket, that extends diagonally
and linearly downward from the front socket to the rear
socket, and that includes a mount for a pedal assembly;
a seat adjustably mounted in the rear socket, the seat being
extendable in fore and aft directions relative to the rear
socket; and
a handlebar adjustably mounted in the front socket
wherein the handlebar further comprises an upright
portion[,] *that is adjustable in the front socket, a for-
ward portion that is fixed to the upright portion, and a
handle portion that is coupled to the forward portion in
a manner that does not allow rotational adjustability of
the handle portion when the stationary exercise bicycle
is being ridden or not ridden and that includes* a lateral
bar directed outwardly from the upright portion, a first
handle having at least one prong extending forwardly
from said lateral bar, and at least one second handle
extending forwardly from said lateral bar *and fixed to
said lateral bar*.
19. A stationary exercise bicycle that is adjustable to allow
a rider to adopt different riding positions, the stationary exer-
cise bicycle comprising:
a frame having front and rear sockets;
an adjustable seat mounted in the rear socket, the adjust-
able seat being extendable in fore and aft directions
relative to the rear socket; and
a handlebar *including a stem portion that is adjustably*
mounted in the front socket, the handlebar *further* com-
prising *a forward portion that is fixed to the stem
portion, and a handle portion that is coupled to the
forward portion in a manner that does not allow rota-
tional adjustability of the handle portion when the sta-
tionary bicycle is being ridden or not ridden and that
includes a* lateral bar directed outwardly from the front
socket and prongs connected to the lateral bar and hav-
ing forwardly extending free ends, the free ends extend-
ing upwardly to form handle portions, and at least one
second bar *fixed to the handle portion and* extending
forwardly in a common plane relative to said lateral bar.

*     *     *     *     *



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,193 | 03/14/2012 | 6,468,185 | B17:02491.03 | 6100 |

13612      7590      02/11/2013
Theodore S. Maceiko
Maceiko IP
3770 Highland Avenue
Suite 207
Manhattan Beach, CA 90266

| EXAMINER |
|---|
| DEMILLE, DANTON D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/11/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

Exhibit 3, Page 59

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

Date:

KAUTH, POMEROY, PECK & BAILEY, LLP
2400 EAST KATELLA AVENUE
SUITE 1050
ANAHEIM, CA 92806

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90012193
PATENT NO. : 6468185
ART UNIT : 3993

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Notice of Intent to Issue**<br>***Ex Parte* Reexamination Certificate** | 90/012,193 | 6,468,185 |
| | Examiner<br>DANTON DEMILLE | Art Unit<br>3993 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
    (a) ☒ Patent owner's communication(s) filed: *21 November 2012*.
    (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
    (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
    (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
    (e) ☐ Other: _____.

2.   The Reexamination Certificate will indicate the following:
    (a) Change in the Specification: ☐ Yes ☒ No
    (b) Change in the Drawing(s): ☐ Yes ☒ No
    (c) Status of the Claim(s):
        (1) Patent claim(s) confirmed: *1-19*.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
        (3) Patent claim(s) canceled: _____.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented canceled claims: _____.
        (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
        (7) Patent claim(s) not subject to reexamination: _____.

3. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

4. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

5. ☒ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

6. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

7. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some*  c)☐ None  of the certified copies have
        ☐ been received.
        ☐ not been received.
        ☐ been filed in Application No. _____.
        ☐ been filed in reexamination Control No. _____.
        ☐ been received by the International Bureau in PCT Application No. _____.
    * Certified copies not received: _____.

8. ☐ Note attached Examiner's Amendment.

9. ☐ Note attached Interview Summary (PTO-474).

10. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| | |
|---|---|
| | Danton DeMille<br>Primary Examiner<br>Art Unit: 3993 |

cc: Requester (if third party requester)

Exhibit 3, Page 61

Application/Control Number: 90/012,193                                        Page 2
Art Unit: 3993

## Notice of Intent to Issue a Reexamination Certificate

### STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

Patent owner's arguments regarding commercial success are found persuasive. Many articles of accolades including *Sweating It Out* from Allure state that "[b]ecause you are constantly adjusting the tension and going from a sitting position to an all-out rush-off-the-seat pump, this cycling feels more like the Tour de France than the tour d'Ennui..." Elle Spa states "[t]he bicycle has fixed gear, racing handlebars, pedals with clips, and a comfortable seat that can adjust forward and back as well as up and down." Rolling Stone magazine states "[t]hese are the only training bikes you can pedal standing up, like pumping a bike uphill". The demand for the SPINNER® bike surpassed Mad Dogg's capacity for building the bikes such that Mad Dogg had to enter into a license agreement with Schwinn to manufacture the bikes. Now the SPINNER® bike has gone worldwide.

Patent owner was able to successfully tie the commercial success to the ability of standing up on the bike similar to pumping the bike uphill to the dual grip handlebar and the fore/aft adjustable seat as recited in the claims.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

Application/Control Number: 90/012,193                                    Page 3
Art Unit: 3993

## *Conclusion*

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By EFS:        Registered users may submit via the electronic filing system EFS-Web, at
               https://efs.uspto.gov/efile/myportal/efs-registered.

By Mail to:    Mail Stop *Ex Parte* Reexam
               Central Reexamination Unit
               Commissioner for Patents
               United States Patent & Trademark Office
               P.O. Box 1450 Alexandria, VA 22313-1450

By FAX to:     (571) 273-9900
               Central Reexamination Unit

By hand:       Customer Service Window
               Randolph Building
               401 Dulany Street
               Alexandria, VA 22314

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence
(except for a request for reexamination and a corrected or replacement request for
reexamination) will be considered timely filed if (a) it-is transmitted via the Office's
electronic- filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a
certificate of transmission for each piece of correspondence stating the date of
transmission, which is prior to the expiration of the set period of time in the Office action.

Any inquiry concerning this communication or earlier communications from the
Examiner, or as to the status of this proceeding, should be directed to the Central
Reexamination Unit at telephone number (571) 272-7705.

Telephone Number for reexamination inquiries:

Reexamination and Amendment Practice          (571) 272-7703
Central Reexam Unit (CRU)                      (571) 272-7705
Reexamination Facsimile Transmission No.       (571) 273-9900

/Danton  DeMille/
Patent Reexamination Specialist
Central Reexamination Unit 3993
(571) 272-4974

Conferee:     /RMF/              Conferee: /EDL/

Exhibit 3, Page 63

# EXHIBIT  4

US006881178B1

(12) **United States Patent**

Goldberg

(10) Patent No.: **US 6,881,178 B1**

(45) Date of Patent: **Apr. 19, 2005**

(54) **METHOD OF EXERCISING ON A STATIONARY BICYCLE**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 416 days.

(21) Appl. No.: **10/086,662**

(22) Filed: **Feb. 28, 2002**

**Related U.S. Application Data**

(63) Continuation of application No. 09/672,197, filed on Sep. 28, 2000, now Pat. No. 6,468,185, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) Int. Cl.[7] ............................................. A63B 21/00
(52) U.S. Cl. .......................................... 482/57; 482/63
(58) Field of Search ...................................... 482/31–65

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 562,198 | A | * | 6/1896 | Robinson ..................... 482/57 |
| 588,166 | A | * | 8/1897 | McCoy ..................... 74/551.1 |
| 633,534 | A | | 9/1899 | Read ..................... 280/261 |
| 635,082 | A | | 10/1899 | Stiles ..................... 280/261 |
| 671,785 | A | | 4/1901 | Young et al. ..................... 482/57 |
| 1,336,774 | A | | 4/1920 | Cooper ..................... 482/57 |
| 1,507,554 | A | | 9/1924 | Cooper ..................... 482/57 |
| 1,636,327 | A | | 7/1927 | Roe ..................... 424/144 |
| 3,062,204 | A | | 11/1962 | Stefano ..................... 128/25 |
| 3,511,097 | A | | 5/1970 | Corwin ..................... 73/379 |
| D251,747 | S | | 5/1979 | Valentine et al. |
| 4,188,030 | A | | 2/1980 | Hooper |
| D280,117 | S | | 8/1985 | Collins |
| D280,118 | S | | 8/1985 | Collins |
| 4,577,860 | A | * | 3/1986 | Matias et al. ..................... 482/57 |
| D284,596 | S | | 7/1986 | McNeil |
| 4,632,386 | A | | 12/1986 | Beech ..................... 272/73 |
| D289,782 | S | | 5/1987 | Szymski et al. |
| D291,462 | S | * | 8/1987 | Aalto ..................... D21/667 |
| D292,304 | S | | 10/1987 | Ostrom |
| 4,768,777 | A | | 9/1988 | Yang ..................... 272/73 |
| 4,772,069 | A | | 9/1988 | Szymski ..................... 297/195 |
| 4,824,102 | A | | 4/1989 | Lo ..................... 272/73 |
| 4,880,225 | A | | 11/1989 | Lucas et al. ..................... 272/73 |
| 4,902,001 | A | | 2/1990 | Balho |
| 4,915,374 | A | | 4/1990 | Watkins ..................... 272/73 |
| 4,936,570 | A | | 6/1990 | Szymski et al. ..................... 272/73 |
| 5,000,469 | A | * | 3/1991 | Smith ..................... 280/261 |
| 5,145,477 | A | | 9/1992 | Han ..................... 482/57 |
| 5,232,422 | A | | 8/1993 | Bishop, Jr. ..................... 482/57 |
| 5,336,147 | A | | 8/1994 | Sweeney, III ..................... 482/57 |
| 5,423,728 | A | * | 6/1995 | Goldberg ..................... 482/57 |
| 6,468,185 | B1 | * | 10/2002 | Goldberg ..................... 482/57 |

OTHER PUBLICATIONS

PCT International Search Report dated Jul. 14, 1995, International Application No. PCT US95/03878.

* cited by examiner

*Primary Examiner*—Stephen R. Crow
(74) *Attorney, Agent, or Firm*—Jones Day

(57) **ABSTRACT**

A novel stationary exercise bicycle and method for exercising on that bicycle is disclosed. The novel bicycle, comprising a frame having front and rear sockets, a seat mounted into the rear socket, and a handlebar mounted in the front socket, can advantageously be adjusted so that a rider can adopt different riding positions to simulate outdoor bicycle riding conditions.

**19 Claims, 5 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4



**FIG. 5**



**FIG. 6A**



*FIG. 6B*



*FIG. 6C*

Exhibit 4, Page 68



*FIG. 7*



*FIG. 8*

Exhibit 4, Page 69

US 6,881,178 B1

| 1 | 2 |

## METHOD OF EXERCISING ON A STATIONARY BICYCLE

### CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation application of application Ser. No. 09/672,197, filed Sep. 28, 2000 now U.S. Pat. No. 6,468, 185, which is a continuation of Ser. No. 09/019,352, filed on Feb. 5, 1998, now U.S. Pat. No. 6,155,958 to Johnny Goldberg, which is a continuation of Ser. No. 08/736,976, filed on Oct. 25, 1996, now U.S. Pat. No. 5,722,916 to Johnny Goldberg, which is a continuation of application Ser. No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of Ser. No. 07/969,765, filed on Oct. 30, 1992, now U.S. Pat. No. 5,423,728 to Johnny Goldberg.

### BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide a stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

### SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means. The handlebar is adjustable in the front socket.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated or V-shaped structure between the ground support elements and one of the sockets.

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross-section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. The adjustability of the bicycle facilitates comfortable riding of the bicycle in multiple positions, for example, sitting, standing and different gripping positions. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

According to another aspect of the invention, a method of exercising on the stationary exercise bicycle comprises adjusting the height and the fore and aft position of the seat and optionally also adjusting the height of the handlebars to facilitate riding the stationary exercise bicycle in multiple positions and then riding the bicycle in multiple positions to simulate different bicycle riding conditions.

Additionally, the invented stationary exercise bicycle is mobile and the parts, easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four basic parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

### DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle;

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain;

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame;

FIG. 4 is an isometric view of the front fork triangle and an upstanding post;

FIG. 5 is an isometric view of the seat socket and the connective member;

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs;

FIG. 7 is an isometric view of the triangulated structure portion of the frame; and

FIG. 8 is an isometric view of an alternative frame.

### DESCRIPTION

A stationary exercise bicycle comprises a frame 1 (FIG. 1) or 24 (FIG. 8). The frame has a central ground support element 31, front 2 and rear 3 ground support elements, a front socket 4 and a rear socket 5 and a pedal mechanism 6.

US 6,881,178 B1

**3**

As discussed below and as shown in FIG. 1, pedal mechanism 6 generally includes a crankarm and crankset. The rear socket 5 is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat to socket 12 and upwardly and downwardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B (FIG. 6A) which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handlebar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A and 6B show the holes which permit the connecting member to be arrestable by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 (FIG. 1) or 24 (FIG. 8) further comprises at least multiple upstanding posts 13. In a preferred form, the posts inter-engage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structures 7 and 14. One of the triangulated structures 7 and 14 includes an arm or cross-element 6A intended to mount the pedal mechanism 6.

The upstanding posts 13 form part of the triangulated structure 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear triangle 14A which includes an inverted V-shaped section and which functions to stabilize the frame 1; the bottom bracket triangle 14B which includes an upstanding V-shaped section and which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which functions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

**4**

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for standing. Further, arm or cross-element 6A allows for conventional pedal mechanisms (i.e., crankarm and crankset) to be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel (FIG. 2). The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion moving the flywheel in and out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non cylindrical. The sockets described herein permit a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22.

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin 21 permits adjustment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar, a rider theoretically may be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

Referring now to FIG. 3, the pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mechanism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Additionally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rocking the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilize the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

US 6,881,178 B1

5

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar **8**, the adjustable and detachable seat **20**) the connecting member being arrestable by a pop pin **19, 21,** or **22**. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g., the rear, front, or seat socket.

Additionally, the handlebar **8** may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements **9**. The second handle means may include an element (e.g., a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

What is claimed is:

1. A method of exercising by simulating different bicycle riding conditions on a stationary exercise bicycle, the stationary exercise bicycle comprising a frame having front and rear sockets, a pedal assembly mounted on the frame, a seat adjustably mounted in the rear socket, the seat being adjustable in the fore and aft directions relative to the rear socket, a flywheel mounted on the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, and a handlebar adjustably mounted in the front socket, the handle bar including at least one handle that provides multiple gripping positions for a rider's hands, the method comprising:

adjusting the height and the fore and aft position of the seat relative to the rear socket to facilitate riding the stationary exercise bicycle in multiple positions; and

riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions wherein the multiple positions include:

a standing position where the riders center of gravity is over or in front of the pedal assembly and a sitting positions where the rider's center of gravity is behind the pedal assembly, wherein the dual chain tension device facilitates a smooth transition between the sitting and standing positions; and

multiple gripping positions on the handlebar.

2. The method of claim 1, further comprising adjusting the handlebar relative to the front socket to facilitate riding the stationary exercise bicycle in multiple positions.

3. The method of claim 1 wherein the handlebar includes two handles, the method further comprising the rider resting his or her hands on one of the handles of the handlebar while riding in a seated position.

4. The method of claim 1, further comprising riding the stationary exercise bicycle in a seated position while gripping the handlebar at a first gripping position, and riding the stationary exercise bicycle in a standing position while gripping the handlebar at a second gripping position.

6

5. The method of claim 1 wherein the stationary exercise bicycle includes a device to vary the resistance imparted to the flywheel, the method further comprising varying the resistance while riding the stationary exercise bicycle to simulate different riding conditions.

6. The method of claim 1 wherein the seat and handlebar are positioned relative to the frame so that when the rider grips the handlebar, the rider's torso is bent over while the rider is in a seated riding position.

7. The method of claim 1 wherein the seat and handlebar are positioned relative to the frame so that when the rider grips the handlebar, the rider's arms are bent at substantially a 90 degree angle while the rider is in a seated riding position.

8. The method of claim 1 wherein the frame is mounted to the base having a width that maintains the stability of the stationary exercise bicycle, the method further comprising riding the stationary exercise bicycle in a standing position while rocking the body side to side.

9. A method of exercising by simulating different bicycle riding conditions on a stationary exercise bicycle, the stationary exercise bicycle comprising a frame with inter-engaging multiple upstanding posts forming at least one triangulated structure, a pedal assembly mounted to the frame, a seat adjustably mounted on the frame, the seat being adjustable in the fore and aft directions relative to the frame, a flywheel mounted on the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, and a handlebar adjustably mounted on the frame, the handlebar including at least one handle that provides multiple gripping positions for a rider's hands, the method comprising:

adjusting the positions of the seat and the handlebar relative to the frame to facilitate riding the stationary exercise bicycle in multiple positions; and

riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions wherein the multiple positions include:

a standing position where the rider's center of gravity is over or in front of the pedal assembly and a sitting positions where the rider's center of gravity is behind the pedal assembly, wherein the dual chain tension device facilitates a smooth transition between the sitting and standing positions: and

multiple gripping positions on the handlebar.

10. The method of claim 9, further comprising riding the stationary exercise bicycle in a seated position while gripping the handlebar at a first gripping position, and riding the stationary exercise bicycle in a standing position while gripping the handlebar at a second gripping position.

11. The method of claim 9 wherein the stationary exercise bicycle includes a device to vary the resistance imparted to the flywheel, the method further comprising varying the resistance while riding the stationary exercise bicycle to simulate different riding conditions.

12. The method of claim 9 wherein the frame is mounted to the base having a width that maintains the stability of the stationary exercise bicycle, the method further comprising riding the stationary exercise bicycle in a standing position while rocking the body side to side.

13. The method of claim 9 wherein the frame comprises two triangulated structures, the method further comprising riding the stationary exercise bicycle in a standing position while rocking the body side to side.

14. A method of exercising by simulating different bicycle riding conditions on a stationary exercise bicycle, the stationary exercise bicycle comprising a frame having ground

US 6,881,178 B1

7

supports; a seat holding mechanism; a handlebar holding mechanism; a frame structure connecting the seat holding mechanism and the handlebar holding mechanism; wherein the frame structure comprises two V-shaped sections, one V-shaped section comprising two members converging to a point, the other V-shaped section comprising members converging to a different point, wherein the two V-shaped sections overlap along a member, the member including one of the holding mechanisms; a pedal assembly; a seat adjustably mounted in the seat holding mechanism, the seat being adjustable in the fore and aft directions relative to the rear socket; and a handlebar adjustably mounted in the handlebar holding mechanism, the handle bar including multiple gripping positions, the method comprising:

    adjusting the height and the fore and aft position of the seat relative to the frame structure to facilitate riding the stationary exercise bicycle in multiple positions; and

    riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions wherein the multiple positions include:

        a standing position where the rider's center of gravity is over or in front of the pedal assembly;

        a sitting position where the rider's center of gravity is behind the pedal assembly; and

        multiple gripping positions on the handlebar.

**15.** The method of claim **14**, further comprising adjusting the handlebar relative to the handlebar holding mechanism to facilitate riding the stationary exercise bicycle in multiple positions.

**16.** The method of claim **14** wherein the stationary exercise bicycle includes a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, wherein the dual chain tension device facilitates the smooth transition between sitting and standing positions.

8

**17.** A method of exercising by simulating different bicycle riding conditions on a stationary exercise bicycle, the stationary exercise bicycle comprising a frame having front and rear sockets, a pedal assembly mounted on the frame, a seat adjustably mounted in the rear socket, the seat being adjustable in the fore and aft directions relative to the rear socket, and a handlebar adjustably mounted in the front socket, the handle bar including a lateral bar directed outwardly to form the front socket, a first handle having at least one prong extending forwardly from said lateral bar, and at least one second handle inwardly located relative to the at least one prong, the method comprising:

    adjusting the height and the fore and aft position of the seat relative to the rear socket to facilitate riding the stationary exercise bicycle in multiple positions; and

    riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions wherein the multiple positions include:

        a standing position where the rider's center of gravity is over or in front of the pedal assembly;

        a sitting position where the riders center of gravity is behind the pedal assembly; and

        multiple gripping positions on the handlebar, including multiple gripping positions on one or more of the lateral bar, the at least one prong and the at least one second handle.

**18.** The method of claim **17**, further comprising adjusting the handlebar relative to the front socket to facilitate riding the stationary exercise bicycle in multiple positions.

**19.** The method of claim **17** wherein the stationary exercise bicycle includes a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, wherein the dual chain tension device facilitates the smooth transition between sitting and standing positions.

\* \* \* \* \*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,194 | 03/14/2012 | 6,881,178 B1 | B17:02491.04 | 8256 |

| EXAMINER |
|---|
| GRAHAM, MATTHEW C |

13612          7590          04/19/2013
Theodore S. Maceiko
Maceiko IP
3770 Highland Avenue
Suite 207
Manhattan Beach, CA 90266

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/19/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

Exhibit 4, Page 74

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

KAUTH, POMEROY, PECK & BAILEY, LLP

2400 EAST KATELLA AVENUE

SUITE 1050

ANAHEIM, CA 92806

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/012,194*.

PATENT NO. *6,881,178 B1 E*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

Exhibit 4, Page 75

| *Notice of Intent to Issue* *Ex Parte Reexamination Certificate* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/012,194 | 6,881,178 B1 E |
| | Examiner | Art Unit |
| | MATTHEW C. GRAHAM | 3993 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
    (a) ☒ Patent owner's communication(s) filed: <u>18 March 2013</u>.
    (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
    (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
    (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
    (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
    (a) Change in the Specification: ☐ Yes ☒ No
    (b) Change in the Drawing(s): ☐ Yes ☒ No
    (c) Status of the Claim(s):
        (1) Patent claim(s) confirmed: <u>1-13</u>.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): <u>16 and 19</u>
        (3) Patent claim(s) canceled: <u>14,15,17 and 18</u>.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented canceled claims: _____.
        (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
        (7) Patent claim(s) not subject to reexamination: _____.

3. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

4. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

5. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

6. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

7. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some*   c)☐ None   of the certified copies have
        ☐ been received.
        ☐ not been received.
        ☐ been filed in Application No. _____.
        ☐ been filed in reexamination Control No. _____.
        ☐ been received by the International Bureau in PCT Application No. _____.
    * Certified copies not received: _____.

8. ☐ Note attached Examiner's Amendment.

9. ☐ Note attached Interview Summary (PTO-474).

10. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-469 (Rev. 07-10)     **Notice of Intent to Issue Ex Parte Reexamination Certificate**     Part of Paper No 20130328

Exhibit 4, Page 76

Application/Control Number: 90/012,194
Art Unit: 3993

## NIRC

1.      Receipt is acknowledged of the amendment filed on 3/18/2013.

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

2.      The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding: the Examiner concurs with the evidence and arguments provided by the Patent Owner and the Declarations filed on 10/29/2012.  The prior art of record fails to show or suggest the limitation of "wherein the dual chain tension device facilitates a smooth transition between sitting and standing positions" as recited in claims 1, 9, 16 and 19.  Regarding Aalto, while Aalto appears to allow for sitting and standing, there is no teaching of the dual chain tensioning device to facilitate smooth transitions as noted by the Patent Owner in the remarks filed on 10/29/2012.  It is also agreed that the console shown in Aalto appears to interfere with allowing a rider to pedal in a standing position.  Also as noted by the Patent Owner, Quesnel fails to teach simulating riding conditions including a standing and sitting position.  As to the Guide to Exercise and Fitness Equipment, the examiner is persuaded by the Rozenek Declaration that explains that this publication is related to an ergometer, which is specifically designed for measuring fitness levels in a sitting position.  As to the Schwinn Biodyne ergometer, it is agreed that the console would be a hindrance to a rider attempting to ride in a standing position in that the

rider's knees would potentially hit the console in a standing riding position. As to the

American Health Magazine and the Cyclist Magazine, the examiner is persuaded by the

evidence in the Baudhin Declaration that the photo on the American Health Magazine

fails to actually show a rider peddling in a standing position in that the owner's manual

for the ergometer in the photograph specifically states that a rider should not stand on

the pedals.  In the photo of rider in the Cyclist Magazine, the examiner also concurs with

Baudhin that the rider is in a crouched position, not a standing and peddling position,

and that the Monark ergometer pictured fails to include a dual chain tensioning device to

facilitate a smooth transition between sitting and standing positions.  DeCloux teaches a

stationary exercise bicycle that can be used in a sitting and standing position.  However,

DeCloux specifically teaches away from using a dual tension drive for facilitating a

smooth transition between sitting and standing positions.  While DeCloux shows a dual

tension device (chain 18), the transition from sitting to standing modes requires the use

of a mode switch 64 and gearing arrangement to reposition the pedals in order for the

rider to switch between sitting and standing positions.  DeCloux specifically notes that

such smooth transitions are not possible in column 2, lines 39-53:

> On first impression, it would seem that all one would have to do in order to use the
> conventional stationary exercise bicycle in a stand-up, body lift mode of exercise,
> would be to tighten up the brake and pedal in a stand-up position.  This approach is not
> effective because the increased braking removes the momentum needed to carry the
> user's feet through top/bottom dead center of the rotation.  It is possible to pedal
> standing up with braking reduced so that momentum is provided to move the user's
> feet through top/bottom dead center.  However, the result is that the unbraked pedals
> move so fast no body lift occurs.  In this instance, the user's body and center of gravity
> stay fixed and the legs churn with the same result as sit-down pedalling.

Application/Control Number: 90/012,194                                          Page 4
Art Unit: 3993

Claims 2-8 are considered to be patentable due to its dependency on claim 1.

Claims 10-13 are considered to be patentable due to its dependency on claim 9.

Claims 14, 15, 17 and 18 have been canceled and claims 16 and 19 have been

amended to include the subject matter of canceled claims 14 and 17 respectively.

Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays. Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.

    3.    Any inquiry concerning this communication should be directed to

Matthew C. Graham at telephone number 571-272-7116.

Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA   22313-1450

Please FAX any communications to:

(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Application/Control Number: 90/012,194                                    Page 5
Art Unit: 3993

Any inquiry concerning this communication or earlier communications from the
Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should
be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Signed:

/Matthew C. Graham/
_____
Matthew C. Graham
CRU Examiner
3993
(571) 272-7116

Conferees:    /BKG/
              /PCE/

# EXHIBIT 5

US007455627B2

(12) **United States Patent**
Goldberg

(10) **Patent No.:**     **US 7,455,627 B2**
(45) **Date of Patent:**      *Nov. 25, 2008

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventor:   **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee:   **Mad Dogg Athletics, Inc.**, Venice, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/065,336**

(22) Filed:   **Feb. 23, 2005**

(65)              **Prior Publication Data**

US 2005/0202938 A1      Sep. 15, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/086,662, filed on Feb. 28, 2002, now Pat. No. 6,881,178, which is a continuation of application No. 09/672,197, filed on Sep. 28, 2000, now Pat. No. 6,468,185, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) **Int. Cl.**
    *A63B 22/06*       (2006.01)
(52) **U.S. Cl.** ...................................... **482/57**
(58) **Field of Classification Search** ............. 482/57–65
    See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 562,198 | A | 6/1896 | Robinson |
| 588,166 | A | 8/1897 | McCoy |
| 633,534 | A | 9/1899 | Read |
| 635,082 | A | 10/1899 | Stiles |
| 671,785 | A | 4/1901 | Young et al. |
| 1,336,774 | A | 4/1920 | Cooper |
| 1,507,554 | A | 9/1924 | Cooper |
| 1,636,327 | A | 7/1927 | Roe |
| 3,062,204 | A | 11/1962 | Stefano |
| 3,511,097 | A | 5/1970 | Corwin |
| D251,747 | S | 5/1979 | Valentine et al. |
| 4,188,030 | A | 2/1980 | Hooper |
| D280,117 | S | 8/1985 | Collins |
| D280,118 | S | 8/1985 | Collins |
| 4,577,860 | A | 3/1986 | Matias |
| D284,596 | S | 7/1986 | McNeil |
| 4,632,386 | A | 12/1986 | Beech |
| D289,782 | S | 5/1987 | Symski et al. |
| D291,462 | S | * 8/1987 | Aalto ........................ D21/667 |
| D292,304 | S | 10/1987 | Ostrom |
| 4,768,777 | A | 9/1988 | Yang |
| 4,772,069 | A | 9/1988 | Szymski |

(Continued)

*Primary Examiner*—Steve R Crow
(74) *Attorney, Agent, or Firm*—Jones Day

(57)              **ABSTRACT**

A novel stationary exercise bicycle and method for exercising on that bicycle is disclosed. The novel bicycle, comprising a frame having front and rear sockets, a seat mounted into the rear socket, and a handlebar mounted in the front socket, can advantageously be adjusted so that a rider can adopt different riding positions to simulate outdoor bicycle riding conditions.

**2 Claims, 5 Drawing Sheets**



**US 7,455,627 B2**

Page 2

| U.S. PATENT DOCUMENTS | | |
|---|---|---|
| 4,824,102 A | 4/1989 | Lo |
| 4,880,225 A | 11/1989 | Lucas et al. |
| 4,902,001 A | 2/1990 | Balbo |
| 4,915,374 A | 4/1990 | Watkins |
| 4,936,570 A | 6/1990 | Szymski et al. |
| 5,000,469 A | 3/1991 | Smith |
| 5,145,477 A | 9/1992 | Han |

| | | | |
|---|---|---|---|
| 5,232,422 A | 8/1993 | Bishop, Jr. | |
| 5,336,147 A | 8/1994 | Sweeney, III | |
| 5,423,728 A | 6/1995 | Goldberg | |
| 5,722,916 A * | 3/1998 | Goldberg | 482/57 |
| 6,155,958 A * | 12/2000 | Goldberg | 482/57 |
| 6,468,185 B1 * | 10/2002 | Goldberg | 482/57 |
| 6,793,608 B2 | 9/2004 | Goldberg | |
| 6,881,178 B1 * | 4/2005 | Goldberg | 482/57 |

* cited by examiner

Exhibit 5, Page 82



FIG. 1

FIG. 2

Case 2:13-cv-02904-CAS-JCG   Document 1   Filed 04/24/13   Page 89 of 129   Page ID #:93



*FIG. 3*



*FIG. 4*

Exhibit 5, Page 84



*FIG. 5*



*FIG. 6A*



FIG. 6B



FIG. 6C



*FIG. 7*



*FIG. 8*

Exhibit 5, Page 87

US 7,455,627 B2

# 1

## STATIONARY EXERCISE BICYCLE

### CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation application of application Ser. No. 10/086,662, filed Feb. 28, 2002, now U.S. Pat. No. 6,881,178. which is a continuation application of application Ser. No. 09/672,197, filed Sep. 28, 2000, now U.S. Pat. No. 6,468,185. which is a continuation of Ser. No. 09/019,352, filed on Feb. 5, 1998, now U.S. Pat. No. 6,155,958. which is a continuation of Ser. No. 08/736,976, filed on Oct. 25,1996, now U.S. Pat. No. 5,722,916, which is a continuation of application Ser. No. 08/391,438, filed on Feb. 21,1995, now abandoned, which is a continuation of Ser. No. 07/969,765, filed on Oct. 30, 1992, now U.S. Pat. No. 5,423,728.

### BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide a stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

### SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means. The handlebar is adjustable in the front socket.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated or V-shaped structure between the ground support elements and one of the sockets.

# 2

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross-section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. The adjustability of the bicycle facilitates comfortable riding of the bicycle in multiple positions, for example, sitting, standing and different gripping positions. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

According to another aspect of the invention, a method of exercising on the stationary exercise bicycle comprises adjusting the height and the fore and aft position of the seat and optionally also adjusting the height of the handlebars to facilitate riding the stationary exercise bicycle in multiple positions and then riding the bicycle in multiple positions to simulate different bicycle riding conditions.

Additionally, the invented stationary exercise bicycle is mobile and the parts, easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four base parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

### DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle;

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain;

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame;

FIG. 4 is an isometric view of the front fork triangle and an upstanding post;

FIG. 5 is an isometric view of the seat socket and the connective member;

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs;

FIG. 7 is an isometric view of the triangulated structure portion of the frame; and

FIG. 8 is an isometric view of an alternative frame.

### DESCRIPTION

A stationary exercise bicycle comprises a frame 1 (FIG. 1) or 24 (FIG. 8). The frame has a central ground support element 31, front 2 and rear 3 ground support elements, a front socket 4 and a rear socket 5 and a pedal mechanism 6. As discussed below and as shown in FIG. 1, pedal mechanism 6 generally includes a crankarm and crankset. The rear socket 5

Exhibit 5, Page 88

US 7,455,627 B2

| 3 | 4 |

is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat socket 12 and upwardly and downwardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B (FIG. 6A) which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handlebar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A and 6B show the holes which permit the connecting member to be arrestable by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 (FIG. 1) or 24 (FIG. 8) further comprises at least multiple upstanding posts 13. In a preferred form, the posts inter-engage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structures 7 and 14. One of the triangulated structures 7 and 14 includes an arm or cross-element 6A intended to mount the pedal mechanism 6.

The upstanding posts 13 form part of the triangulated structure 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear triangle 14A which includes an inverted V-shaped section and which functions to stabilize the frame 1; the bottom bracket triangle 14B which includes an upstanding V-shaped section and which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which functions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for standing. Further, arm or cross-element 6A allows for conventional

pedal mechanisms (i.e., crankarm and crankset) be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel (FIG. 2). The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion moving the flywheel in and out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non-cylindrical. The sockets described herein permit a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20) the connecting member being arrestable by a pop pin 19, 21, 22.

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin 21 permits adjustment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar, a rider theoretically may be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

Referring now to FIG. 3, the pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mechanism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Additionally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rocking the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilize the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The

US 7,455,627 B2

5

sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar **8**, the adjustable and detachable seat **20**), the connecting member being arrestable by a pop pin **19**, **21**, or **22**. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g., the rear, front, or seat socket.

Additionally, the handlebar **8** may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements **9**. The second handle means may include an element (e.g., a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

The invention claimed is:

**1.** A method of exercising by simulating different bicycle riding conditions on a stationary exercise bicycle, the stationary exercise bicycle comprising a frame having front and rear sockets and two V-shaped sections, one V-shaped section

6

comprising two members converging to a point, the other V-shaped section comprising members converging to a different point, wherein the two V-shaped sections overlap along a member, the member including one of the sockets, a pedal assembly mounted to the frame, a seat adjustably mounted to the rear socket, a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, and a handlebar adjustably mounted to the front socket, the handle bar including at least one handle that provides multiple gripping positions for a rider's hands, the method comprising:

riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions whereby the multiple positions include a standing position and a sitting position, wherein the dual chain tension device facilitates a smooth transition between sitting and standing riding positions, and

gripping the handlebar in multiple gripping positions.

**2.** The method of claim **1**, further comprising riding the stationary exercise bicycle in a seated position while gripping the handlebar at a first gripping position, and riding the stationary exercise bicycle in a standing position while gripping the handlebar at a second gripping position.

\*   \*   \*   \*   \*

US007455627C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9534th)

# United States Patent
Goldberg

(10) **Number:** US 7,455,627 C1

(45) **Certificate Issued:** *Feb. 27, 2013

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

**Reexamination Request:**
No. 90/012,195, Mar. 14, 2012

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | 7,455,627 |
| Issued: | Nov. 25, 2008 |
| Appl. No.: | 11/065,336 |
| Filed: | Feb. 23, 2005 |

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation of application No. 10/086,662, filed on Feb. 28, 2002, now Pat. No. 6,881,178, which is a continuation of application No. 09/672,197, filed on Sep. 28, 2000, now Pat. No. 6,468,185, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) **Int. Cl.**
*A63B 22/06* (2006.01)

(52) **U.S. Cl.** ......................................................... **482/57**

(58) **Field of Classification Search** ............... 482/57–65
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,195, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Matthew C. Graham

(57) **ABSTRACT**

A novel stationary exercise bicycle and method for exercising on that bicycle is disclosed. The novel bicycle, comprising a frame having front and rear sockets, a seat mounted into the rear socket, and a handlebar mounted in the front socket, can advantageously be adjusted so that a rider can adopt different riding positions to simulate outdoor bicycle riding conditions.



US 7,455,627 C1

**1**

**EX PARTE
REEXAMINATION CERTIFICATE
ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1-2 is confirmed.

\* \* \* \* \*

# EXHIBIT  6

US008057364B2

(12) **United States Patent**
Goldberg

(10) Patent No.: **US 8,057,364 B2**
(45) Date of Patent: *****Nov. 15, 2011**

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventor: **Johnny Goldberg**, Los Angeles, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/157,607**

(22) Filed: **Jun. 10, 2008**

(65) **Prior Publication Data**

US 2009/0082177 A1    Mar. 26, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/065,336, filed on Feb. 23, 2005, now Pat. No. 7,455,627, which is a continuation of application No. 10/086,662, filed on Feb. 28, 2002, now Pat. No. 6,881,178, which is a continuation of application No. 09/672,179, filed on Sep. 27, 2000, now Pat. No. 6,488,280, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) **Int. Cl.**
A63B 21/00     (2006.01)
A63B 22/06     (2006.01)

(52) **U.S. Cl.** ............................................ **482/57**; 482/63

(58) **Field of Classification Search** ............... 482/57–63
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 562,198 A | 6/1896 | Robinson |
| 588,166 A | 8/1897 | McCoy |
| 633,534 A | 9/1899 | Read |
| 635,082 A | 10/1899 | Stiles |
| 671,785 A | 4/1901 | Young et al. |
| 1,336,774 A | 4/1920 | Cooper |
| 1,507,554 A | 9/1924 | Cooper |
| 1,636,327 A | 7/1927 | Roe |
| 3,062,204 A | 11/1962 | Stefano |

(Continued)

FOREIGN PATENT DOCUMENTS

AU        B-22925/83      6/1984

(Continued)

OTHER PUBLICATIONS

PCT International Search Report dated Jul. 14, 1995, International Application No. PCT US/95/03878.

(Continued)

*Primary Examiner* — Stephen Crow
(74) *Attorney, Agent, or Firm* — Jones Day

(57)              **ABSTRACT**

A novel stationary exercise bicycle and method for exercising on that bicycle is disclosed. The novel bicycle, comprising a frame having front and rear sockets, a seat mounted into the rear socket, and a handlebar mounted in the front socket, can advantageously be adjusted so that a rider can adopt different riding positions to simulate outdoor bicycle riding conditions.

**17 Claims, 5 Drawing Sheets**



**US 8,057,364 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,511,097 A | 5/1970 | Corwin |
| D251,747 S | 5/1979 | Valentine et al. |
| 4,188,030 A | 2/1980 | Hooper |
| 4,296,940 A | 10/1981 | Herbert |
| 4,477,072 A | 10/1984 | DeCloux |
| D280,117 S | 8/1985 | Collins |
| D280,118 S | 8/1985 | Collins |
| 4,577,860 A | 3/1986 | Matias |
| D284,596 S | 7/1986 | McNeil |
| 4,632,386 A | 12/1986 | Beech |
| D289,782 S | 5/1987 | Szymski et al. |
| D291,462 S | 8/1987 | Aalto |
| D292,304 S | 10/1987 | Ostrom |
| 4,768,777 A | 9/1988 | Yang |
| 4,772,069 A | 9/1988 | Szymski |
| D299,732 S | 2/1989 | Gustafsson |
| 4,824,102 A | 4/1989 | Lo |
| 4,880,225 A | 11/1989 | Lucas et al. |
| 4,902,001 A | 2/1990 | Balbo |
| 4,915,374 A | 4/1990 | Watkins |
| 4,936,570 A | 6/1990 | Szymski et al. |
| 4,938,475 A | 7/1990 | Sargeant et al. |
| 5,000,469 A | 3/1991 | Smith |
| 5,145,477 A | 9/1992 | Han |
| 5,154,095 A | 10/1992 | Giard, Jr. |
| 5,199,324 A | 4/1993 | Sain |

| | | | |
|---|---|---|---|
| 5,232,422 A | 8/1993 | Bishop, Jr. | |
| 5,336,147 A | 8/1994 | Sweeney, III | |
| 5,423,728 A | 6/1995 | Goldberg | |
| 5,722,916 A * | 3/1998 | Goldberg | 482/57 |
| 6,155,958 A * | 12/2000 | Goldberg | 482/57 |
| 6,468,185 B1 * | 10/2002 | Goldberg | 482/57 |
| 6,793,608 B2 | 9/2004 | Goldberg | |
| 6,881,178 B1 * | 4/2005 | Goldberg | 482/57 |
| 7,455,627 B2 * | 11/2008 | Goldberg | 482/57 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 779363 | 4/1935 |

### OTHER PUBLICATIONS

Pan'S World International, Ltd., Fitness Range from Pan's World, Taipei, Taiwan, R.O.C., 1984, 12 pages.

Nautilus, Inc., Request for Ex Parte Reexamination of U.S. Patent No. 6,468,185, U.S. Appl. No. 90/010,829, filed Jan. 15, 2010, 298 pages.

Nautilus, Inc., Request for Ex Parte Reexamination of U.S. Patent No. 6,793,608, U.S. Appl. No. 90/010,855, filed Feb. 9, 2010, 351 pages.

Bicycling magazine cover, Nov. 1989, 1 page.

* cited by examiner



FIG. 1

FIG. 2



FIG. 3

FIG. 4

Exhibit 6, Page 96



20

12

FIG. 5



8

9B

10

9A

FIG. 6A



*FIG. 6B*



*FIG. 6C*



*FIG. 7*



*FIG. 8*

US 8,057,364 B2

**1**

**STATIONARY EXERCISE BICYCLE**

CROSS REFERENCE TO RELATED
APPLICATIONS

This is a continuation of application Ser. No. 11/065,336, filed Feb. 23, 2005, now U.S. Pat. No. 7,455,627, which is a continuation of application Ser. No. 10/086,662, filed Feb. 28, 2002, now U.S. Pat. No. 6,881,178, which is a continuation of application Ser. No. 09/672,179, filed Sep. 27, 2000, now U.S. Pat. No. 6,488,280, which is a continuation of Ser. No. 09/019,352, filed Feb. 5, 1998, now U.S. Pat. No. 6,155,958, which is a continuation of Ser. No. 08/736,976, filed Oct. 25, 1996, now U.S. Pat. No. 5,722,916, which is a continuation of application Ser. No. 08/391,438, filed Feb. 21, 1995, now abandoned, which is a continuation of Ser. No. 07/969,765, filed Oct. 30, 1992, now U.S. Pat. No. 5,423,728.

BACKGROUND

Having a stationary exercise bicycle capable of simulating mountain bike riding is valuable.

This invention relates to a stationary exercise bicycle which is sturdy and comfortable for use during extended periods of pedaling while standing or sitting or a combination thereof and thus capable of meeting the needs of the more demanding rider.

In recent years, the popularity of the stationary exercise bicycle has increased dramatically together with the fitness craze. Stationary exercise bicycles are conventionally made with straight, brazed round tubing. A problem associated with using the round tubing in these bicycles is their propensity for fragility. They easily snap under increased stress, for example, during periods when the rider is pedaling in a standing position or in an alternating standing and sitting pedaling position. Also, the bicycle structure does not provide for the best flexibility according to the preferences of the rider.

There is a need to provide a stationary exercise bicycle which is more durable and overcomes the problems of the prior art.

SUMMARY

The invented stationary exercise bicycle seeks to avoid the disadvantages associated with conventional stationary exercise bicycles.

According to the invention, the stationary exercise bicycle comprises a stable frame. Additionally, the frame comprises a front socket and a rear socket, and front and rear ground support elements. Also provided is a pedal mechanism on said frame.

Also, the bicycle comprises a detachable seat socket. A seat is mounted on a seat socket at a level above the pedal mechanism. The seat is mounted for movement fore and aft relative to the seat socket and upwardly and downwardly relative to the pedal mechanism.

Additionally, the stationary exercise bicycle comprises a handlebar mounted in the front socket. The handlebar includes at least two different handle means. One handle means includes spaced apart and outwardly directed elements. The second handle means includes an element inwardly located relative to the first handle means. The handlebar is adjustable in the front socket.

Further, in one preferred form, the frame comprises at least multiple upstanding posts. The posts are inter-engaging to form at least one triangulated or V-shaped structure between the ground support elements and one of the sockets.

**2**

Additionally, at least part of the front socket, rear socket, or seat socket are formed with a hollow member having a cross-section which is non-cylindrical.

The pedal mechanism may include a cog operative with an endless chain having slots for engagement with the cog. A ring guard is provided and protective of at least the interaction of the teeth of the cog with the endless chain. The ring guard is located internally of the perimeter defined by the endless chain.

The invented stationary exercise bicycle is strong and comfortable for the rider. The adjustability of the bicycle facilitates comfortable riding of the bicycle in multiple positions, for example, sitting, standing and different gripping positions. Moreover, it is stress-resistant so that it can be used by the rider in a standing position or in an alternating standing and sitting pedaling position for extended periods. Riders of this bicycle can simulate the aerobic effect of mountain bike racing.

According to another aspect of the invention, a method of exercising on the stationary exercise bicycle comprises adjusting the height and the fore and aft position of the seat and optionally also adjusting the height of the handlebars to facilitate riding the stationary exercise bicycle in multiple positions and then riding the bicycle in multiple positions to simulate different bicycle riding conditions.

Additionally, the invented stationary exercise bicycle is mobile and the parts, easily replaceable. Unlike conventional stationary exercise bicycles, the present invention utilizes regular bicycle components. The user can replace certain parts from conventional bicycle shops and thus service the present invention with conventional bicycle componentry. Further, unlike prior art stationary exercise bicycles, the present invention has four basic parts which are detachable and can be placed in a portable transport carrier for mobility.

The invention is now further described with reference to the accompanying drawings.

DRAWINGS

FIG. 1 is an isometric view of a frame for a stationary exercise bicycle;

FIG. 2 is an isometric view of the pedal mechanism and a flywheel, both shown in phantom, including the ring guard, cog, and endless chain;

FIG. 3 is a detailed view of the ring guard in relation to the cog and frame;

FIG. 4 is an isometric view of the front fork triangle and an upstanding post;

FIG. 5 is an isometric view of the seat socket and the connective member;

FIGS. 6A, 6B, and 6C are isometric, front and side views, respectively, of the adjustable and detachable handlebar including the forwardly extending prongs, the lateral bar, and the element inwardly located relative to the forwardly extending prongs;

FIG. 7 is an isometric view of the triangulated structure portion of the frame; and

FIG. 8 is an isometric view of an alternative frame.

DESCRIPTION

A stationary exercise bicycle comprises a frame **1** (FIG. **1**) or **24** (FIG. **8**). The frame has a central ground support element **31**, front **2** and rear **3** ground support elements, a front socket **4** and a rear socket **5** and a pedal mechanism **6**. As discussed below and as shown in FIG. **1**, pedal mechanism **6** generally includes a crankarm and crankset. The rear socket **5**

US 8,057,364 B2

3

is capable of receiving a seat socket 12. Further, a seat 20 may be mounted on the seat socket 12 at a level above the pedal mechanism 6. The seat 20 is mounted for movement fore and aft relative to the seat socket 12 and upwardly and down-wardly relative to the pedal mechanism 6.

This stationary exercise bicycle further comprises a handlebar 8 mounted in the front socket 4. The handlebar 8 includes at least two different handle means 9 and 10. One handle means includes spaced apart and outwardly directed elements 9. The second handle means includes an element inwardly located 10 relative to the first handle means.

The outwardly directed handle means 9 have forwardly extending prongs 9A and 9B (FIG. 6A) which are directed axially away from the seat socket 12. The axially directed prongs 9A and 9B are connected with a lateral bar 11 of the handlebar 8 at one end and are free at an opposite end.

The inner handle means 10 is at least part of a closed ring. The ring is located between the outer handle prongs. Further, the ring is connected to a lateral bar 11 of the handlebar 8.

The closed ring may be a semi-circle. The axis for the semi-circle is located substantially about midway through the lateral bar 11 of the handlebar 8.

The handlebars have been designed with the user's handle-bar position needs in mind. Because of the need for the different hand positions during the ride, the ring allows for different hand positions, movements, quick transition from sitting to standing, and standing back to sitting. It also allows, without the use of an attached arm pad, the ability to lie the forearm on the ring portion of the handlebar and simulate a real training cycling position.

The handlebar 8 may be connected to the frame 1 by the front socket 4. A handlebar pop pin 22 permits adjustment of the handlebar 8 according to the requirements of the rider. FIGS. 6A and 6B show the holes which permit the connecting member to be arrestable by a pop pin for adjustment.

Applicant contemplates that alternative handlebars may be connected to the frame 1 or 24 in accordance with the rider's needs.

The frame 1 (FIG. 1) or 24 (FIG. 8) further comprises at least multiple upstanding posts 13. In a preferred form, the posts inter-engage to form at least one triangulated structure 14 between the ground support elements 2 or 3 and one of the sockets.

The frame 1 includes at least two triangulated structures 7 and 14 between the sockets 4, 5, and 12. The two triangulated structures 7 and 14 have at least one common upstanding post 13 forming at least one wall of the triangulated structures 7 and 14. One of the triangulated structures 7 and 14 includes an arm or cross-element 6A intended to mount the pedal mecha-nism 6.

The upstanding posts 13 form part of the triangulated struc-ture 7 and 14. Moreover, the upstanding posts 13 are all located at a non-horizontal, non-vertical axis.

The triangulated structures 7 and 14 include the rear tri-angle 14A which includes an inverted V-shaped section and which functions to stabilize the frame 1; the bottom bracket triangle 14B which includes an upstanding V-shaped section and which functions to stabilize the frame 1 so a rider can pedal standing; the front triangle-like structure 7 which func-tions to permit total range of motion; and a front fork triangle 18.

The rear triangle 14A is important as a stabilizing block. Unlike conventional stationary exercise bicycles, the small base of this triangle gives the bike its total rigidity in the rear.

The bottom bracket triangle 14B gives the central part of the stationary exercise bicycle its rigidity and form for stand-ing. Further, arm or cross-element 6A allows for conventional

4

pedal mechanisms (i.e., crankarm and crankset) be used with a conventional clipless pedal or a regular bicycle pedal and toe clip.

The front triangle-like structure 7 is wide enough to house a flywheel (FIG. 2). The front triangle-like structure 7 gives the stationary exercise bicycle its total range of motion mov-ing the flywheel in and out and giving the stationary exercise bicycle its base length or reel length from foot position to foot position.

The flywheel is connected to the frame 1 or 24 by the front fork triangle 18.

Further, at least part of the front socket 4, rear socket 5, or seat socket 12 are formed with a hollow member having a cross section being non-cylindrical. The sockets described herein permit a matingly shaped connecting member (such as the handlebar 8, the adjustable and detachable seat 20) the connecting member being arrestable by a pop pin 19, 21, 22.

The hollow member may have a polygonal cross section (preferably quadratic). For example, in the illustrated example, the polygonal cross section is substantially square.

The seat is adjustable for height and connected to the seat socket 12. The seat post pop pin 19 permits height adjustment of the seat. The fore and aft saddle pop pin 21 permits adjust-ment of the seat 20 by sliding fore and aft in the seat socket 12.

Because of the adjustability of the seat and the handlebar, a rider theoretically may be as tall as 15 feet and weigh up to 900 pounds. The handlebar and seat adjustability provides for a versatile bicycle which can be used by persons of many different physiques, from small, light and short to large, tall and heavy.

Referring now to FIG. 3, the pedal mechanism 6 includes a cog 15 operative with an endless chain 16 having slots for engagement with the cog 15. Additionally, the pedal mecha-nism 6 includes a ring guard 17 protective of at least the interaction of the teeth of the cog 15 with the endless chain 16. The ring guard 17 is located internally of the perimeter defined by the endless chain 16.

It would be desirable to provide attachments to the present invention. For example, a water bottle may be attached directly to the present invention or indirectly by means of a velcro device or any carrier means for attaching the water bottle to the stationary exercise bicycle.

Additionally, an ergometer may be attached to the present invention. Also, a computer controlled energy measuring and indicating device may be attached to the present invention.

The stationary exercise bicycle may comprise a dual chain tension device which is adjustable while the rider is in motion. Moreover, the stationary exercise bicycle may comprise a cable resistance braking system which permits the rider to adjust the resistance of the flywheel. A resistance plate 23 may support a cable to the flywheel.

The length and width of the stationary exercise bicycle is appropriate for standing and sitting while pedaling. Addition-ally, the width is appropriate for pedaling while sitting and for stabilization when the rider pedals while standing and rock-ing the body from side to side.

In a preferred form, the triangulated structures 14A, 14B, 7 stabilize the stationary exercise bicycle. These triangulated structures form the "integrity" structure of the stationary exercise bicycle.

The symmetry of this machine is very basic. The genius in the present invention is in its simplicity. The present invention simulates road conditions exactly as if the rider is pedaling a conventional, non-stationary bicycle.

Applicant contemplates many other examples of the present invention each differing by detail only. For example, there are many variations of the sockets described herein. The

US 8,057,364 B2

5

sockets described herein may not only permit a matingly shaped connecting member to fit inside (such as the handlebar 8, the adjustable and detachable seat 20), the connecting member being arrestable by a pop pin 19, 21, or 22. In fact, the matingly shaped connecting member may be a hollow into which the socket fits, e.g., the rear, front, or seat socket.

Additionally, the handlebar 8 may include at least two different handle means. One handle means includes spaced apart and outwardly directed elements 9. The second handle means may include an element (e.g., a closed ring) outwardly located relative to the first handle means.

Further, in one form, the frame may have a plurality of segments. Instead of a single unit, the frame may collapse into several units which permits even greater mobility of the stationary exercise bicycle for transport. Each unit of the frame may be re-assembled using bolts or any other type of well known connecting means.

The above description and drawings are only illustrative. They are not intended to limit in any way the invention as set out in the claims which follow.

The invention claimed is:

1. A stationary exercise bicycle, comprising:
a frame having front and rear sockets;
a pedal assembly mounted to the frame;
a seat adjustably mounted in the rear socket, the seat being adjustable in the fore and aft directions relative to the rear socket;
a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device; and
a handlebar adjustably mounted in the front socket, the handlebar including at least one handle that provides multiple gripping positions for a rider's hands;
wherein the seat and handlebar are adjustable to facilitate the rider riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions, the multiple positions including,
a standing position where the rider's center of gravity is over or in front of the pedal assembly,
a sitting position where the rider's center of gravity is behind the pedal assembly, and
different gripping positions on the handlebar; and
wherein the dual chain tension device facilitates a smooth transition between the sitting and standing positions.

2. The stationary exercise bicycle of claim 1, wherein the handlebar is adjustable relative to the front socket to facilitate riding the stationary exercise bicycle in multiple positions.

3. The stationary exercise bicycle of claim 1, wherein the handlebar includes two handles for the rider to rest his or her hands on.

4. The stationary exercise bicycle of claim 1, wherein the handlebar includes a first gripping position for the rider to grip while riding the bicycle in a seated position, and a second gripping position for the rider to grip while riding the bicycle in a standing position.

5. The stationary exercise bicycle of claim 1, further comprising a device to vary the resistance imparted to the flywheel.

6. The stationary exercise bicycle of claim 1, wherein the handlebar and seat are adjustable relative to the frame so that when the rider grips the handlebar, the rider's torso is bent over while the rider is in a seated position.

7. The stationary exercise bicycle of claim 1, wherein the seat and handlebar are adjustable relative to the frame so that when the rider grips the handlebar, the rider's arms are bent at substantially a 90 degree angle while the rider is in a seated riding position.

6

8. The stationary exercise bicycle of claim 1, wherein the frame is mounted to a base having a width that maintains the stability of the stationary exercise bicycle.

9. A stationary exercise bicycle, comprising:
a frame with inter-engaging multiple upstanding posts forming at least one triangulated structure;
a pedal assembly mounted to the frame;
a seat adjustably mounted to the frame, the seat being adjustable in the fore and aft directions relative to the frame;
a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device; and
a handlebar adjustably mounted to the frame, the handlebar including at least one handle that provides multiple gripping positions for a rider's hands;
wherein the seat and handlebar are adjustable to different positions relative to the frame to facilitate riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions, the multiple positions including,
a standing position where the rider's center of gravity is over or in front of the pedal assembly,
a sitting position where the rider's center of gravity is behind the pedal assembly, and
different gripping positions on the handlebar; and
wherein the dual chain tension device facilitates a smooth transition between the sitting and standing positions.

10. The stationary exercise bicycle of claim 9, wherein the handlebar includes a first gripping position for the rider to grip while riding the bicycle in a seated position, and a second gripping position for the rider to grip while riding the bicycle in a standing position.

11. The stationary exercise bicycle of claim 9, wherein the frame is mounted to a base having a width that maintains the stability of the stationary exercise bicycle.

12. The stationary exercise bicycle of claim 9, wherein the frame comprises two triangulated structures.

13. A stationary exercise bicycle that is adjustable to allow a rider to adopt different riding positions, the stationary exercise bicycle comprising:
a frame having ground supports;
a seat holding mechanism;
a handlebar holding mechanism;
a frame structure connecting the seat holding mechanism to the handlebar holding mechanism;
wherein the frame structure comprises two V-shaped sections, one V-shaped section comprising two members converging to a point, the other V-shaped section comprising members converging to a different point, wherein the two V-shaped sections overlap along a member, the member including one of the holding mechanisms;
a pedal assembly;
a seat adjustably mounted in the seat holding mechanism, the seat being adjustable in the fore and aft directions relative to the rear socket;
a handlebar adjustably mounted in the handlebar holding mechanism, the handlebar including multiple gripping positions;
wherein the seat is adjustable to different positions relative to the frame structure to facilitate riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions, the multiple positions including,
a standing position where the rider's center of gravity is over or in front of the pedal assembly,

US 8,057,364 B2

7

a sitting position where the rider's center of gravity is behind the pedal assembly, and

different gripping positions on the handlebar.

**14.** The stationary exercise bicycle of claim **13**, wherein the handlebar is adjustable relative to the handlebar holding mechanism to facilitate riding the stationary exercise bicycle in multiple positions.

**15.** The stationary exercise bicycle of claim **13**, further comprising a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device,

wherein the dual chain tension device facilitates the smooth transition between sitting and standing positions.

**16.** A stationary exercise bicycle, comprising:

a frame having front and rear sockets;

a pedal assembly mounted to the frame;

a seat adjustably mounted in the rear socket, the seat being adjustable in the fore and aft directions relative to the rear socket; and

a handlebar adjustably mounted in the front socket, the handlebar including a lateral bar directed outwardly from the front socket, a first handle having at least one

8

prong extending forwardly from said lateral bar, and at least one second handle inwardly located relative to the at least one prong, wherein the seat is adjustable to different positions relative to the rear socket to facilitate riding the stationary exercise bicycle in multiple positions to simulate different bicycle riding conditions, the multiple positions including:

a standing position where the rider's center of gravity is over or in front of the pedal assembly, and

a sitting position where the rider's center of gravity is behind the pedal assembly, the handlebar having multiple gripping positions on one or more of the lateral bar, the at least one prong and the at least one second handle; and

a flywheel mounted to the frame and coupled to the pedal assembly via a chain thereby forming a dual chain tension device, wherein the dual chain tension device facilitates the smooth transition between sitting and standing positions.

**17.** The stationary exercise bicycle of claim **16**, wherein the handlebar is adjustable relative to the front socket to facilitate riding the stationary exercise bicycle in multiple positions.

\* \* \* \* \*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,196 | 03/14/2012 | 8057364 | B17:02491.06 | 9435 |

13612        7590        04/17/2013
Theodore S. Maceiko
Maceiko IP
3770 Highland Avenue
Suite 207
Manhattan Beach, CA 90266

| EXAMINER |
|---|
| GRAHAM, MATTHEW C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/17/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

Exhibit 6, Page 104



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

KAUTH, POMEROY, PECK & BAILEY, LLP

2400 EAST KATELLA AVENUE

SUITE 1050

ANAHEIM, CA 92806

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/012,196*.

PATENT NO. *8057364*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

Exhibit 6, Page 105

| | Control No. | Patent Under Reexamination |
|---|---|---|
| ***Notice of Intent to Issue*** ***Ex Parte Reexamination Certificate*** | 90/012,196 | 8057364 |
| | Examiner | Art Unit |
| | MATTHEW C. GRAHAM | 3993 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: *18 March 2013*.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the  ☐ Board of Patent Appeals and Interferences  ☐ Court dated _____
   (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☒ No
   (b) Change in the Drawing(s): ☐ Yes ☒ No
   (c) Status of the Claim(s):
        (1) Patent claim(s) confirmed: *1-12,16 and 17*.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): *15*
        (3) Patent claim(s) canceled: *13 and 14*.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented canceled claims: _____.
        (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
        (7) Patent claim(s) not subject to reexamination: _____.

3. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

4. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

5. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

6. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

7. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have
        ☐ been received.
        ☐ not been received.
        ☐ been filed in Application No. _____.
        ☐ been filed in reexamination Control No. _____.
        ☐ been received by the International Bureau in PCT Application No. _____.

    * Certified copies not received: _____.

8. ☐ Note attached Examiner's Amendment.

9. ☐ Note attached Interview Summary (PTO-474).

10. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| | |
|---|---|
| | |

cc: Requester (if third party requester)

Application/Control Number: 90/012,196                                    Page 2
Art Unit: 3993

## NIRC

**STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION**

1.      The following is an examiner's statement of reasons for patentability

and/or confirmation of the claims found patentable in this reexamination proceeding: the

Examiner concurs with the evidence and arguments provided by the Patent Owner and

the Declarations filed on 10/29/2012. The prior art of record fails to show or suggest the

limitation of "wherein the dual chain tension device facilitates a smooth transition

between sitting and standing positions" as recited in claims 1, 9, 15 and 16. Regarding

Aalto, while Aalto appears to allow for sitting and standing, there is no teaching of the

dual chain tensioning device to facilitate smooth transitions as noted by the Patent

Owner in the remarks filed on 10/29/2012. It is also agreed that the console shown in

Aalto appears to interfere with allowing a rider to pedal in a standing position. Also as

noted by the Patent Owner, Quesnel fails to teach simulating riding conditions including

a standing and sitting position. As to the Guide to Exercise and Fitness Equipment, the

examiner is persuaded by the Rozenek Declaration that explains that this publication

relates to an ergometer, which is specifically designed for measuring fitness levels in a

sitting position. As to the Schwinn Biodyne ergometer, it is agreed that the console

would be a hindrance to a rider attempting to ride in a standing position in that the

rider's knees would potentially hit the console in a standing riding position. As to the

American Health Magazine and the Cyclist Magazine, the examiner is persuaded by the

evidence in the Baudhin Declaration that the photo on the American Health Magazine

fails to actually show a rider peddling in a standing position in that the owner's manual

Application/Control Number: 90/012,196                                    Page 3
Art Unit: 3993

for the ergometer in the photograph specifically states that a rider should not stand on

the pedals. In the photo of rider in the Cyclist Magazine, the examiner also concurs with

Baudhin that the rider is in a crouched position, not a standing and peddling position

and that the Monark ergometer pictured fails to include a dual chain tensioning device to

facilitate a smooth transition between sitting and standing positions. DeCloux teaches a

stationary exercise bicycle that can be used in a sitting and standing position. However,

DeCloux specifically teaches away from using a dual tension drive for facilitating a

smooth transition between sitting and standing positions. While DeCloux shows a dual

tension device (chain 18), the transition from sitting to standing modes requires the use

of a mode switch 64 and gearing arrangement to reposition the pedals in order for the

rider to switch between sitting and standing positions. DeCloux specifically notes that

such smooth transitions are not possible in column 2, lines 39-53:

> *On first impression, it would seem that all one would have to do in order to use the conventional stationary exercise bicycle in a stand-up, body lift mode of exercise, would be to tighten up the brake and pedal in a stand-up position. This approach is not effective because the increased braking removes the momentum needed to carry the user's feet through top/bottom dead center of the rotation. It is possible to pedal standing up with braking reduced so that momentum is provided to move the user's feet through top/bottom dead center. However, the result is that the unbraked pedals move so fast no body lift occurs. In this instance, the user's body and center of gravity stay fixed and the legs churn with the same result as sit-down pedalling.*

Claims 2-8 are considered to be patentable due to their dependency on claim 1.

Claims 10-12 are considered to be patentable due to their dependency on claim 9.

Claims 13 and 14 have been canceled and claim 15 has been amended to include the

limitations of claim 13. Claims 17 is considered to be patentable due to its dependency

on claim 16.

Application/Control Number: 90/012,196                    Page 4
Art Unit: 3993

     Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays. Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.

     2.     Any inquiry concerning this communication should be directed to Matthew

C. Graham at telephone number 571-272-7116.

Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA   22313-1450

Please FAX any communications to:

(571) 273-9900
Central Reexamination Unit

Please hand-deliver any communications to:
Customer Service Window
Attn:  Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA  22314

Exhibit 6, Page 109

Application/Control Number: 90/012,196                                    Page 5
Art Unit: 3993

Any inquiry concerning this communication or earlier communications from the
Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should
be directed to the Central Reexamination Unit at telephone number (571) 272-7705.


Signed:

/Matthew C. Graham/
_____
Matthew C. Graham
CRU Examiner
3993
(571) 272-7116

Conferees:   /BG/
             /PE/

# EXHIBIT  7

US00D473274S

(12) **United States Design Patent**　(10) Patent No.:　**US D473,274 S**

Baudhuin et al.　(45) Date of Patent:　** **Apr. 15, 2003**

(54) **STATIONARY EXERCISE BICYCLE FRAME**

(75) Inventors: **John Baudhuin**, Santa Monica, CA (US); **Johnny Goldberg**, Montecito, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

(**) Term: 14 Years

(21) Appl. No.: **29/156,791**

(22) Filed: **Mar. 7, 2002**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/672,197, filed on Sep. 28, 2000, now Pat. No. 6,468,185, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) LOC (7) Cl. .................................................. 21-02

(52) U.S. Cl. ........................................................ D21/697

(58) Field of Search ............................. D21/662, 663, D21/664, 665, 666, 667, 668, 669, 694, 697; 482/51, 57, 64, 65

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 562,198 A | 6/1896 | Robinson ..................... | 482/57 |
| 588,166 A | 8/1897 | McCoy ........................ | 74/551.1 |
| 633,534 A | 9/1899 | Read .......................... | 280/261 |
| 635,082 A | 10/1899 | Stiles ......................... | 280/261 |
| 671,785 A | 4/1901 | Young et al. ................ | 482/57 |
| 1,336,774 A | 4/1920 | Cooper ....................... | 482/57 |
| 1,507,554 A | 9/1924 | Cooper ....................... | 482/57 |
| 1,636,327 A | 7/1927 | Roe ........................... | 474/144 |
| 3,062,204 A | 11/1962 | Stefano ...................... | 601/36 |
| 3,511,097 A | 5/1970 | Corwin ....................... | 73/379.07 |
| D251,747 S | 5/1979 | Valentine et al. ........... | D21/697 |

| | | | |
|---|---|---|---|
| 4,188,030 A | 2/1980 | Hooper ...................... | 482/59 |
| D280,117 S | 8/1985 | Collins ...................... | D21/697 |
| D280,118 S | 8/1985 | Collins ...................... | D21/697 |
| 4,577,860 A | 3/1986 | Matias ....................... | 482/57 |
| D284,596 S | 7/1986 | McNeil ....................... | D21/697 |
| 4,632,386 A | 12/1986 | Beech ........................ | 482/57 |
| D289,782 S | 5/1987 | Szymski et al. ............. | D21/697 |
| D291,462 S | 8/1987 | Aalto ......................... | D21/667 |
| D292,304 S | 10/1987 | Ostrom ....................... | D21/697 |
| 4,768,777 A | 9/1988 | Yang .......................... | 482/57 |
| 4,772,069 A | 9/1988 | Szymski ...................... | 297/311 |
| 4,824,102 A | 4/1989 | Lo ............................. | 482/59 |
| 4,880,225 A | 11/1989 | Lucas et al. ................ | 482/59 |
| 4,902,001 A | 2/1990 | Balbo ......................... | 482/62 |
| 4,915,374 A | 4/1990 | Watkins ...................... | 482/57 |
| 4,936,570 A | 6/1990 | Szymski et al. ............. | 482/57 |
| 5,000,469 A | 3/1991 | Smith ......................... | 280/261 |
| 5,145,477 A | 9/1992 | Han ........................... | 482/57 |
| 5,232,422 A | 8/1993 | Bishop, Jr. .................. | 482/57 |
| 5,336,147 A | 8/1994 | Sweeney, III ............... | 482/57 |
| 5,423,728 A | 6/1995 | Goldberg .................... | 482/57 |
| D382,924 S | * 8/1997 | Wu ............................ | D21/663 |
| D382,925 S | * 8/1997 | Wu ............................ | D21/663 |

* cited by examiner

*Primary Examiner*—Philip S. Hyder

(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a stationary exercise bicycle frame, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a stationary exercise bicycle frame showing our new design;

FIG. 2 is a right side view of FIG. 1, the left side being a mirror image thereof;

FIG. 3 is a front view of FIG. 1;

FIG. 4 is a rear view of FIG. 1; and,

FIG. 5 is a top view of FIG. 1.

The broken line portions of the disclosure are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



*Fig. 1*



*Fig. 2*





*Fig. 3*          *Fig. 4*



*Fig. 5*

# EXHIBIT  8

US00D473602S

(12) **United States Design Patent** (10) Patent No.: **US D473,602 S**

Baudhuin et al. (45) **Date of Patent:** \*\* **Apr. 22, 2003**

(54) **STATIONARY EXERCISE BICYCLE**

(75) Inventors: **John Baudhuin**, Santa Monica, CA (US); **Johnny Goldberg**, Montecito, CA (US)

(73) Assignee: **Mad Dogg Athletics, Inc.**, Venice, CA (US)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/156,790**

(22) Filed: **Mar. 7, 2002**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/672,197, filed on Sep. 28, 2000, now Pat. No. 6,468,185, which is a continuation of application No. 09/019,352, filed on Feb. 5, 1998, now Pat. No. 6,155,958, which is a continuation of application No. 08/736,976, filed on Oct. 25, 1996, now Pat. No. 5,722,916, which is a continuation of application No. 08/391,438, filed on Feb. 21, 1995, now abandoned, which is a continuation of application No. 07/969,765, filed on Oct. 30, 1992, now Pat. No. 5,423,728.

(51) LOC (7) Cl. .................................................. **21-02**

(52) U.S. Cl. ..................................... **D21/697;** D21/667

(58) Field of Search .............................. D21/662, 663, D21/664, 665, 666, 667, 668, 669, 694, 697; 482/51, 57, 64, 65

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 562,198 | A | 6/1896 | Robinson ........................ 482/57 |
| 588,166 | A | 8/1897 | McCoy ........................ 74/551.1 |
| 633,534 | A | 9/1899 | Read ........................ 280/261 |
| 635,082 | A | 10/1899 | Stiles ........................ 280/261 |
| 671,785 | A | 4/1901 | Young et al. ................ 482/57 |
| 1,336,774 | A | 4/1920 | Cooper ........................ 482/57 |
| 1,507,554 | A | 9/1924 | Cooper ........................ 482/57 |
| 1,636,327 | A | 7/1927 | Roe ........................ 474/144 |
| 3,062,204 | A | 11/1962 | Stefano ........................ 601/36 |
| 3,511,097 | A | 5/1970 | Corwin ........................ 73/379.07 |
| D251,747 | S | 5/1979 | Valentine et al. .......... D21/697 |

| | | | |
|---|---|---|---|
| 4,188,030 | A | 2/1980 | Hooper ........................ 482/59 |
| D280,117 | S | 8/1985 | Collins ........................ D21/697 |
| D280,118 | S | 8/1985 | Collins ........................ D21/697 |
| 4,577,860 | A | 3/1986 | Matias ........................ 482/57 |
| D284,596 | S | 7/1986 | McNeil ........................ D21/697 |
| 4,632,386 | A | 12/1986 | Beech ........................ 482/57 |
| D289,782 | S | 5/1987 | Szymski et al. ............ D21/697 |
| D291,462 | S | 8/1987 | Aalto ........................ D21/667 |
| D292,304 | S | 10/1987 | Ostrom ........................ D21/697 |
| 4,768,777 | A | 9/1988 | Yang ........................ 482/57 |
| 4,772,069 | A | 9/1988 | Szymski ........................ 297/311 |
| 4,824,102 | A | 4/1989 | Lo ........................ 482/59 |
| 4,880,225 | A | 11/1989 | Lucas et al. .................. 482/59 |
| 4,902,001 | A | 2/1990 | Balbo ........................ 482/62 |
| 4,915,374 | A | 4/1990 | Watkins ........................ 482/57 |
| 4,936,570 | A | 6/1990 | Szymski et al. ............ 482/57 |
| 5,000,469 | A | 3/1991 | Smith ........................ 280/261 |
| 5,145,477 | A | 9/1992 | Han ........................ 482/57 |
| 5,232,422 | A | 8/1993 | Bishop, Jr. ................ 482/57 |
| 5,336,147 | A | 8/1994 | Sweeney, III ............ 482/57 |
| 5,423,728 | A | 6/1995 | Goldberg ........................ 482/57 |
| D382,924 | S | \* 8/1997 | Wu ........................ D21/663 |
| D382,925 | S | \* 8/1997 | Wu ........................ D21/663 |

\* cited by examiner

*Primary Examiner*—Philip S. Hyder

(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a stationary exercise bicycle, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a stationary exercise bicycle showing our new design;

FIG. 2 is a right side view of FIG. 1;

FIG. 3 is a left side view of FIG. 1;

FIG. 4 is a front view of FIG. 1;

FIG. 5 is a rear view of FIG. 1; and,

FIG. 6 is a top view of FIG. 1.

The broken line portions of the disclosure are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





*Fig. 1*

*Fig. 2*



*Fig. 3*





*Fig. 4*          *Fig. 5*



*Fig. 6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Michael Fitzgerald and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV13- 2904 MWF (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | | |
|---|---|---|
| MAD DOGG ATHLETICS, INC.,<br>a California corporation | ) ) ) ) | CV13-02904 MWFIMANx) |
| _____<br>*Plaintiff(s)* | ) ) ) | Civil Action No. |
| v. | ) | |
| BH NORTH AMERICA CORPORATION,<br>a Delaware corportion | ) ) ) | |
| _____<br>*Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BH North America Corporation
20155 Ellipse
Foothill Ranch, California 92610


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore S. Maceiko
Maceiko IP
3770 Highland Avenue, Suite 207
Manhattan Beach, CA  90266


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JULIE PRADO

APR 2 4 2013

Date: _____                _____
                                                                    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MAD DOGG ATHLETICS, INC.,
a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

BH NORTH AMERICA CORPORATION,
a Delaware corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Maceiko IP
3770 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
310-545-3311

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:**  ☐ Yes  ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 35, United States Code

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:**   CV13-02904

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ NO   ☒ YES

If yes, list case number(s):  CV12-04526  *CAS (JCGx)*

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Andrew J. Wall_   DATE:  _APRIL 23, 2013_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |